JUDGE HOLWELL

**07 CV 6901**

KESARI RUZA (KR 3400)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888



-and-

AMAR L. THAKUR, Cal. Bar No. 194025
JON E. MAKI, Cal. Bar No. 199958
MICHAEL MURPHY, Cal. Bar No. 234695
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Attorneys for Plaintiff
NEXTEC APPLICATIONS, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXTEC APPLICATIONS, INC., a Georgia corporation,<br><br>Plaintiff,<br><br>v.<br><br>BROOKWOOD COMPANIES, INC., a Delaware corporation; and THE HALLWOOD GROUP, INC., a Delaware corporation,<br><br>Defendants. | Case No.<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Nextec Applications, Inc. (a private, non-governmental party) certifies that said party has no publicly held parents, affiliates, and/or subsidiaries.

Dated: New York, New York
July 31, 2007

Respectfully submitted,

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
Kesari Ruza (KR 3400)

30 Rockefeller Plaza, Suite 2400
New York, New York 10112
(212) 332-3800 (phone)
(212) 332-3888 (fax)

*Attorneys for Plaintiff*
*NEXTEC APPLICATIONS, INC.*