AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

NEXTEC APPLICATIONS, INC.

V.

BROOKWOOD COMPANIES, INC., a Delaware corporation; and THE HALLWOOD GROUP, INC., a Delaware corporation,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6901

JUDGE HOLWELL

TO: (Name and address of Defendant)

BROOKWOOD COMPANIES, INC.
25 West 45th Street, 11th Floor, New York, NY 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kesari Ruza
Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112
(212) 332-3828 (phone)
(212) 332-3888 (fax)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 3 1 2007

CLERK                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 7/31/07 @ 5:20 pm |
| NAME OF SERVER (PRINT) Gail Brown | TITLE Managing Clerk Process Server License #1148062 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Brookwood Companies, 55 West 45th Street, 11th Fl. NY NY 10036, Charlene Mosley accepted on their behalf

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/3/07
  Date                Signature of Server

Sworn to before me this 3rd day of Aug, 2007.

SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza  Suite 2400
New York, NY 10112
  Address of Server

MARY LEE EVERS
NOTARY PUBLIC, State of New York
No. 31-4819855
Qualified in New York County
Commission Expires February 28, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.