◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

NEXTEC APPLICATIONS, INC.

V.

BROOKWOOD COMPANIES, INC., a Delaware corporation; and THE HALLWOOD GROUP, INC., a Delaware corporation,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6901

JUDGE HOLWELL

TO: (Name and address of Defendant)

The Hallwood Group, Inc.
3710 Rawlins, Suite 1500, Dallas, TX 75219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kesari Ruza
Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112
(212) 332-3828 (phone)
(212) 332-3888 (fax)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 3 1 2007

_____    _____
CLERK                                  DATE

_____
(By) DEPUTY CLERK

Affidavit of Service of Summons or Subpoena: Personal or Alternative
Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

Blumbergs Law Products

| COURT | UNITED STATES DISTRICT COURT |
|---|---|
| COUNTY OF | SOUTHERN DISTRICT OF NEW YORK |

NEXTEC APPLICATIONS, INC.,

*Plaintiff(s)*

against

BROOKWOOD COMPANIES, INC., A DELAWARE CORPORATION; AND
THE HALLWOOD GROUP, INC., A DELAWARE CORPORATION,

*Defendant(s)*

*Index No.* 07 CV 6901

**AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)**

SEE ATTACHED RIDER

STATE OF ~~NEW YORK~~ TEXAS, COUNTY OF DALLAS SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at DALLAS, TEXAS

That on 8/2/07 at 11:45A M., at 3710 RAWLINS, DALLAS, TX 75219-SUITE 1500 deponent served the within summons, *and complaint* on SEE ATTACHED RIDER THE HALLWOOD GROUP, INC., A DELAWARE CORPORATION defendant therein named,

**INDIVIDUAL**
1. ☐ by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION**
2. ☒ a DOMESTIC corporation, by delivering thereat a true copy *of each* to MR. MELLE, VICE PRESIDENT personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be MANAGING AGENT thereof.

**SUITABLE AGE PERSON**
3. ☐ by delivering thereat a true copy *of each* to _____ a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC.**
4. ☐ by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4**
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4**
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**
☒

☒ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin  ☐ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
         ☐ Yellow Skin  ☐ Blonde Hair  ☐ Mustache  ☐ 36-50 Yrs.  ☐ 5'4"-5'8"  ☐ 131-160 Lbs.
         ☐ Brown Skin  ☒ Gray Hair  ☐ Beard  ☒ 51-65 Yrs.  ☒ 5'9"-6'0"  ☒ 161-200 Lbs.
         ☐ Red Skin  ☐ Red Hair  ☐ Glasses  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

Other identifying features: _____

**USE IN NYC CIVIL CT.**
☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
8-2-07

*Margaret K. Swindle*
MARGARET K. SWINDLE
My Commission Expires
March 07, 2011

_____
PRINT NAME BENEATH SIGNATURE
ARTHUR B. CIRILLO

License No. SCH 331

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inapplicable italicized language and military service allegation if not applicable.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X  Case No. 07 CV 6901

NEXTEC APPLICATIONS, INC.
                                              RIDER TO AFFIDAVIT
                        V.                       OF SERVICE

BROOKWOOD COMPANIES, INC., a Delaware
corporation; and THE HALLWOOD GROUP,
INC., a Delaware corpration,
----------------------------------------X
```

List of Documents served:

- Summons In A Civil Case;
- Individual Practices Of Judge Richard J. Holwell;
- Individual Practices Of Magistrate Judge Theodore H. Katz;
- Civil Cover Sheet;
- Rule 7.1 Statement;
- Complaint For Patent Infringement; and
- Exhibits A to E.