IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXTEC APPLICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BROOKWOOD COMPANIES, INC. and THE HALLWOOD GROUP, INC., <br><br> Defendants. | Civil Action No. 07 CV 6901 (RJH) <br><br> **STIPULATION AND ORDER** |

WHEREAS, Nextec Applications, Inc. served its complaint in this matter (the "Complaint") on Brookwood Companies, Inc. on July 31, 2007 and on The Hallwood Group, Inc. on August 2, 2007 (collectively, "Defendants");

WHEREAS, Defendants' first responsive pleading to the Complaint is otherwise due on August 20, 2007;

WHEREAS, this is the first request by any of the parties for an extension;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among counsel for all parties, that:

1. The time for Defendants to answer, move or otherwise respond to the Complaint shall be extended for thirty (30) days, i.e. through and including September 19, 2007; and

2. A signature transmitted by email or facsimile shall be deemed an original, valid and binding signature to this stipulation.

Dated: August 10, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07



RECEIVED
AUG 13 2007
CHAMBERS OF
RICHARD J. HOLWELL

| | |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | ALSTON & BIRD LLP |
| By: /s/ Kesari Ruza <br> Kesari Ruza <br> 30 Rockefeller Plaza, 24th Floor <br> New York, New York 10112 <br> (212) 332-3800 (telephone) <br> (212)( 332-38888 (facsimile) | By: /s/ Amy Manning <br> Thomas J. Parker <br> Amy S. Manning <br> 90 Park Avenue <br> New York, NY 10016-1387 <br> (212) 210-9529 (telephone) <br> (212) 922-3975 (facsimile) |
| *Attorneys for Plaintiff Nextec Applications, Inc.* | *Attorneys for Defendants Brookwood Companies, Inc. and The Hallwood Group, Inc.* |

SO ORDERED this 12 day of August, 2007

_____
United States District Court Judge