AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

NEXTEC APPLICATIONS, INC.,
    PLAINTIFF,
V.

**APPEARANCE**

BROOKWOOD COMPANIES, INC. and
THE HALLWOOD GROUP, INC.,
    DEFENDANTS.

Case Number:  07 CV 6901 (RJH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
BROOKWOOD COMPANIES, INC. and
THE HALLWOOD GROUP, INC.,
    DEFENDANTS.

I certify that I am admitted to practice in this court.

8/16/07
Date

*(signature)*
Signature

Amy Manning                                AM-0338
Print Name                                 Bar Number

Alston & Bird, LLP - 90 Park Avenue
Address

New York         New York         10016
City             State            Zip Code

(212) 210-9543                    (212) 210-9444
Phone Number                      Fax Number