AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

NEXTEC APPLICATIONS, INC.,
      PLAINTIFF,

V.

BROOKWOOD COMPANIES, INC. and
THE HALLWOOD GROUP, INC.,
      DEFENDANTS.

**APPEARANCE**

Case Number:  07 CV 6901 (RJH)

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for
      BROOKWOOD COMPANIES, INC. and
      THE HALLWOOD GROUP, INC.,
        DEFENDANTS.

      I certify that I am admitted to practice in this court.

| 8/16/07 | |
|---|---|
| Date | Signature |

| Thomas J. Parker | TJP-7219 |
|---|---|
| Print Name | Bar Number |

| Alston & Bird, LLP - 90 Park Avenue | | |
|---|---|---|
| Address | | |

| New York | New York | 10016 |
|---|---|---|
| City | State | Zip Code |

| (212) 210-9529 | (212) 210-9444 |
|---|---|
| Phone Number | Fax Number |