Shawn Patrick Regan
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York 10166
(212) 309-1000
sregan@hunton.com

-and-

Maya M. Eckstein *(to be admitted pro hac vice)*
Harry L. Laxton *(to be admitted pro hac vice)*
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
941 East Byrd Street
Richmond, VA 23219
(804) 788-8788
meckstein@hunton.com
hlaxton@hunton.com

*Attorneys for Defendant*
*The Hallwood Group Incorporated*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NEXTEC APPLICATIONS, INC.                    :
a Georgia Corporation,
                                             :
         Plaintiff,
                                             :       07-CV-6901 (RJH)(THK)
                                                     ECF Case
         v.                                  :

                                             :
BROOKWOOD COMPANIES, INC.
a Delaware corporation; and THE HALLWOOD    :
GROUP, INC., a Delaware corporation
                                             :
         Defendants.
                                             :
-------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to any and all defenses to be raised pursuant to Fed. R. Civ. P. 12, Shawn Patrick Regan hereby appears on behalf of Defendant The Hallwood Group, Incorporated, in the above-captioned action.

All papers in this action shall be served upon Shawn Patrick Regan.

Dated: New York, New York
September 19, 2007

        HUNTON & WILLIAMS LLP

     By: /s/ Shawn Patrick Regan
       Shawn Patrick Regan
       200 Park Avenue, 52nd Floor
       New York, New York  10166
       (212) 309-1000
       sregan@hunton.com

       -and-

       Maya M. Eckstein
       *(to be admitted pro hac vice)*
       Harry L. Laxton
       *(to be admitted pro hac vice)*
       HUNTON & WILLIAMS LLP
       Riverfront Plaza, East Tower
       941 East Byrd Street
       Richmond, VA  23219
       (804) 788-8788
       meckstein@hunton.com
       hlaxton@hunton.com

       *Attorneys for Defendant*
       *The Hallwood Group Incorporated*

# DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746 that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant The Hallwood Group Incorporated.

That on September 19, 2007, I served a true copy of the foregoing Notice of Appearance on all counsel of record via the Court's Electronic Case Filing (ECF) System and via First Class Mail to plaintiff's counsel at the addresses listed below, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

> TO:   Amar L. Thakur, Esq.
> Jon E. Maki, Esq.
> Michael Murphy, Esq.
> Sheppard, Mullin, Richter & Hampton, LLP
> 12275 El Camino Real, Suite 200
> San Diego, CA 92130
>
> *Attorneys for Plaintiff*

That on September 19, 2007, I served a true copy of the foregoing Notice of Appearance on all counsel of record via the Court's Electronic Case Filing (ECF) System and by hand delivery of same in a sealed envelope to a proper person duly authorized to accept service at the addresses listed below.

> TO:   Kesari Ruza, Esq.
> Sheppard, Mullin, Richter & Hampton, LLP
> 30 Rockefeller Plaza 24th Floor
> New York, New York 10112
>
> *Attorneys for Plaintiff*

        -and-

TO:      Thomas Jude Parker, Esq.
            Amy S. Manning, Esq.
            Alston & Bird, LLP
            90 Park Avenue
            New York, NY  10016

            *Attorneys for Defendant Brookwood Companies, Inc.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2007.

                                          /s/ Bradford C. Mulder
                                            Bradford C. Mulder