Shawn Patrick Regan
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York 10166
(212) 309-1000
sregan@hunton.com

-and-

Maya M. Eckstein *(to be admitted pro hac vice)*
Harry L. Laxton *(to be admitted pro hac vice)*
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
941 East Byrd Street
Richmond, VA 23219
(804) 788-8788
meckstein@hunton.com
hlaxton@hunton.com

*Attorneys for Defendant*
*The Hallwood Group Incorporated*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEXTEC APPLICATIONS, INC.                          :
a Georgia Corporation,
                                                   :
            Plaintiff,
                                                   :           07-CV-6901(RJH)(THK)
      v.                                                       ECF Case
                                                   :
BROOKWOOD COMPANIES, INC.
a Delaware corporation; and THE HALLWOOD           :
GROUP, INC., a Delaware corporation
                                                   :
            Defendants.
                                                   :
------------------------------------------------------------X

**DEFENDANT THE HALLWOOD GROUP INCORPORATED'S**
**<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of

record certifies that Defendant The Hallwood Group Incorporated has no parent corporation nor

is there any publicly held corporation that owns 10% or more of The Hallwood Group Incorporated.

Dated: New York, New York
September 19, 2007         HUNTON & WILLIAMS LLP

By: /s/ Shawn Patrick Regan
Shawn Patrick Regan
200 Park Avenue, 52nd Floor
New York, New York  10166
(212) 309-1000
sregan@hunton.com

-and-

Maya M. Eckstein
*(to be admitted pro hac vice)*
Harry L. Laxton
*(to be admitted pro hac vice)*
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
941 East Byrd Street
Richmond, VA  23219
(804) 788-8788
meckstein@hunton.com
hlaxton@hunton.com

*Attorneys for Defendant
The Hallwood Group Incorporated*

## **DECLARATION OF SERVICE**

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746 that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant The Hallwood Group Incorporated.

That on September 19, 2007, I served a true copy of the foregoing Rule 7.1 Statement on all counsel of record via the Court's Electronic Case Filing (ECF) System and via First Class Mail to plaintiff's counsel at the addresses listed below, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

TO:      Amar L. Thakur, Esq.
Jon E. Maki, Esq.
Michael Murphy, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130

*Attorneys for Plaintiff*

That on September 19, 2007, I served a true copy of the foregoing Rule 7.1 Statement on all counsel of record via the Court's Electronic Case Filing (ECF) System and by hand delivery of same in a sealed envelope to a proper person duly authorized to accept service at the addresses listed below.

TO:   Kesari Ruza, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza 24th Floor
New York, New York 10112

*Attorneys for Plaintiff*

-and-

TO:        Thomas Jude Parker, Esq.
              Amy S. Manning, Esq.
              Alston & Bird, LLP
              90 Park Avenue
              New York, NY  10016

*Attorneys for Defendant Brookwood Companies, Inc.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2007.

                                            /s/ Bradford C. Mulder
                                              Bradford C. Mulder