UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXTEC APPLICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 CV 6901 (RJH) (THK) |
| v. ) | |
| ) | **RULE 7.1 STATEMENT OF** |
| BROOKWOOD COMPANIES, INC., ) | **DEFENDANT BROOKWOOD** |
| and THE HALLWOOD GROUP, INC., ) | **COMPANIES, INC.** |
| ) | |
| Defendants. ) | Electronically Filed |
| ) | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Brookwood Companies, Inc. ("Brookwood") advises the Court that it is a subsidiary of named co-defendant Hallwood Group, Inc., a publicly held corporation. There are no other publicly held corporations that own stock in Brookwood.

        Respectfully submitted,

        ALSTON & BIRD LLP

        By:   s/Amy S. Manning
               Thomas J. Parker
               Amy S. Manning
               ALSTON & BIRD, LLP
               90 Park Avenue
               New York, NY 10016-1387
               Telephone: (212) 210-9400
               Facsimile: (212) 210-9444

               Blas P. Arroyo (NC Bar No. 9680)
               101 South Tryon Street, Suite 4000
               Charlotte, North Carolina 28280
               Telephone:  (704) 444-1000
               Facsimile:  (704) 444-1111

               Attorneys for Defendant
               BROOKWOOD COMPANIES, INC.