UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

NEXTEC APPLICATIONS, INC.,
a Georgia corporation,

                      Plaintiff,                  ECF Case 07 Civ. 06901 (RJH)

v.

BROOKWOOD COMPANIES, INC.,          **NOTICE OF MOTION**
a Delaware Corporation; and                **TO ADMIT COUNSEL**
THE HALLWOOD GROUP, INC.,              **MICHAEL MURPHY *PRO HAC VICE***
a Delaware corporation,

                      Defendants.
-----------------------------------------------------------------x

       PLEASE TAKE NOTICE that upon the annexed affidavit of movant, Michael Murphy, in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court before the Honorable Richard J. Holwell at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, an associate of the firm of Sheppard Mullin Richter & Hampton, LLP and a member in good standing of the Bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel.

Dated: September 26, 2007

                                        Respectfully submitted,

                                        SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                        By:    Michael Murphy
                                                 12275 El Camino Real, Suite 200
                                                 San Diego, California 92130
                                                 Telephone: (858) 720-8900
                                                 Facsimile: (858) 509-3691
                                                 mmurphy@sheppardmullin.com

                                        *Attorneys for plaintiff Nextec Applications, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NEXTEC APPLICATIONS, INC., :
a Georgia corporation, :
: 
Plaintiff, : ECF Case 07 Civ. 06901 (RJH)
:
v. :
: **DECLARATION**
:
BROOKWOOD COMPANIES, INC., :
a Delaware Corporation; and :
THE HALLWOOD GROUP, INC., :
a Delaware corporation, :
:
Defendants. :
-----------------------------------------------------------x

    KESARI RUZA, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

    1.    I am associated with the law firm of Sheppard, Mullin, Richter & Hampton, LLP which represents plaintiff Nextec Applications, Inc. in the above-captioned action. I make this declaration in support of the motion, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts, that Michael Murphy, an attorney admitted to practice law in the State of California, be admitted *pro hac vice* for limited admission to the Bar of the United States District Court for the Southern District of New York for all purposes with respect to the above referenced proceeding.

    2.    I believe Mr. Murphy to be of good character and I know of no reason why this Court should not grant this motion.

    WHEREFORE, it is respectfully requested that the motion seeking the *pro hac vice* admission of Mr. Murphy to this Court be granted and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
        September 28, 2007

_____
KESARI RUZA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NEXTEC APPLICATIONS, INC.,
a Georgia corporation,

           Plaintiff,

    v.

BROOKWOOD COMPANIES, INC.,
a Delaware Corporation; and
THE HALLWOOD GROUP, INC.,
a Delaware corporation,

           Defendants.
------------------------------------------------------------x

ECF Case 07 Civ. 06901 (RJH)

**AFFIDAVIT OF MICHAEL MURPHY IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

State of California    )
                          ) ss:
County of San Diego  )

Michael Murphy, being duly sworn, hereby deposes and says as follows:

I am associated with the law firm of Sheppard, Mullin, Richter, & Hampton LLP.

I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

    1.    As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

    2.    There are no pending disciplinary proceedings against me in any State or Federal court.

    3.    Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

Dated: September 26, 2007

                                              _____
                                              MICHAEL MURPHY

Sworn to before me on this

26th day of September, 2007

_____
Notary Public



DONNA A. GRIMES
Commission # 1701842
Notary Public - California
San Diego County
My Comm. Expires Oct 30, 2010

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

September 5, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL MURPHY, #234695 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 2004; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NEXTEC APPLICATIONS, INC.,
a Georgia corporation,

               Plaintiff,                      ECF Case 07CV6901 (RJH)

       v.

                                            **CERTIFICATE OF SERVICE**

BROOKWOOD COMPANIES, INC.,
a Delaware Corporation; and
THE HALLWOOD GROUP, INC.,
a Delaware corporation,

               Defendants.
------------------------------------------------------------x

    I KESARI RUZA, an attorney admitted to practice law in the Courts of the State of New York, a person over 18 years of age, and not a party to this action affirms the following under penalties of perjury. On September 28, 2007 I caused true and correct copies of NOTICE OF MOTION TO ADMIT COUNSEL AMAR L. THAKUR PRO HAC VICE; NOTICE OF MOTION TO ADMIT COUNSEL JON E. MAKI PRO HAC VICE AND NOTICE OF MOTION TO ADMIT COUNSEL MICHAEL MURPHY PRO HAC VICE to be served via mail upon the following :

    Harry Laxton, Jr., Esq.
    HUNTON & WILLIAMS LLP
    Riverfront Plaza, East Tower
    951 East Byrd Street
    Richmond, Virginia 23219-4074
    Attorneys for Defendant
    The Hallwood Group, Inc.

    Thomas J. Parker, Esq.
    ALSTON & BIRD LLP
    90 Park Avenue
    New York, New York  10016-1387
    Attorneys for Defendant
    Brookwood Companies, Inc.

Dated: New York, New York  Respectfully submitted,
       September 28, 2007

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
     Kesari Ruza (KR 3400)

30 Rockefeller Plaza, Suite 2400
New York, New York  10112
(212) 332-3800 (phone)
(212) 332-3888 (fax)

*Attorneys for Plaintiff*
*NEXTEC APPLICATIONS, INC.*