

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NEXTEC APPLICATIONS, INC.,
a Georgia corporation,

        Plaintiff,

    v.

BROOKWOOD COMPANIES, INC.,
a Delaware Corporation; and
THE HALLWOOD GROUP, INC.,
a Delaware corporation,

        Defendants.
------------------------------------------------------------x

ECF Case 07CV6901 (RJH)

**STIPULATION AND
ORDER OF DISMISSAL
WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled action, that the above-entitled action be, and the same hereby is, dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1) as against defendant The Hallwood Group Incorporated (incorrectly sued as "The Hallwood Group, Inc.,") without prejudice, and without costs to any party as against the other.

Respectfully submitted,

Kesari Ruza, Esq.
SHEPPARD, MULLIN, RICHTER &
  HAMPTON LLP
30 Rockefeller Plaza 24th Floor
New York, New York 10112
Telephone: (212) 332-3828
Facsimile: (212) 332-3888

*Attorneys for Plaintiff
Nextec Applications, Inc.*

Dated: September 26, 2007

Shawn Patrick Regan, Esq.
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166-0005
Telephone: (212) 309-1000
Facsimile: (212) 309-1100

*Attorneys for Defendant
The Hallwood Group Incorporated*

Dated: September 26, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07
```

_____
Thomas J. Parker, Esq. /s/
Thomas J. Parker, Esq.
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Attorneys for Defendant*
*Brookwood Companies, Inc.*

Dated: September 26, 2007

SO ORDERED:

_____
U.S.D.J.

10/3/07

-2-