Holwell, J

Shawn Patrick Regan
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York 10166
(212) 309-1000
sregan@hunton.com

*Attorneys for Defendant*
*The Hallwood Group Incorporated*

RECEIVED
SEP 27 2007
CHAMBERS OF
RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEXTEC APPLICATIONS, INC.,
a Georgia Corporation,

Plaintiff,

v.

BROOKWOOD COMPANIES, INC.
a Delaware corporation; and THE HALLWOOD GROUP, INC., a Delaware corporation

Defendants.

07-CV-6901 (RJH)(THK)
ECF Case

**STIPULATION FOR THE SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that, upon leave of the Court being granted pursuant to S.D.N.Y. Local Civil Rule 1.4:

Thomas Jude Parker and Amy S. Manning of the law firm of Alston & Bird LLP located at 90 Park Avenue, New York, New York, 10016, hereby withdraw as counsel of record for Defendant The Hallwood Group Incorporated; Shawn Patrick Regan of the law firm of Hunton & Williams LLP, located at 200 Park Avenue, New York, New York, 10166 shall remain as counsel of record for The Hallwood Group Incorporated.

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between the undersigned counsel that, Thomas Jude Parker and Amy S. Manning of the law firm of Alston & Bird LLP located at 90 Park Avenue, New York, New York, 10016, shall remain as counsel of record for Defendant Brookwood Companies, Inc.

Dated: New York, New York
September 26, 2007

| HUNTON & WILLIAMS LLP | ALSTON & BIRD LLP |
| --- | --- |
| By: ______________ | By: ______________ |
| Shawn Patrick Regan<br>200 Park Avenue, 52nd Floor<br>New York, New York 10166<br>(212) 309-1000<br>sregan@hunton.com | Thomas Jude Parker<br>Amy S. Manning<br>90 Park Avenue<br>New York, NY 10016 |
| *Attorneys for Defendant*<br>*The Hallwood Group Incorporated* | *Former Attorneys for Defendant*<br>*The Hallwood Group Incorporated*<br><br>*Attorneys for Defendant Brookwood Companies, Inc.* |

SO ORDERED.

______________
U.S.D.J.
10/2/07