ORIGINAL

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXTEC APPLICATIONS, INC.<br>a Georgia corporation<br><br>Plaintiff,<br><br>v.<br><br>BROOKWOOD COMPANIES, INC.,<br>a Delaware corporation; and<br>THE HALLWOOD GROUP, INC.<br>a Delaware corporation<br><br>Defendant. | ECF Case 07 Civ. 06901 (RJH)<br><br>MOTION TO ADMIT COUNSEL<br>PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Amy Manning, a member in good standing of the Bar of this Court, hereby move for an order allowing the admission pro hac vice of:

Applicant's Name:   Blas P. Arroyo

Firm Name:          Alston & Bird LLP

Address:            Bank of America Plaza, Suite 4000, 101 South Tryon Street

City/State/Zip      Charlotte, NC  28280-4000

Phone Number:       (704) 444-1012

Fax Number:         (704) 444-1742

Email Address:      blas.arroyo@alston.com

Blas P. Arroyo is a member in good standing of the Bar of the State of North Carolina.

There are no pending disciplinary proceedings against Blas P. Arroyo, in any State or Federal court.

Dated: October 16, 2007

New York, NY

                                           Respectfully submitted,

                                           _____
                                           Amy Manning (AM 0338)
                                           Alston & Bird LLP
                                           90 Park Avenue
                                           New York, NY 10016
                                           Tel.: (212) 210-9543
                                           Fax: (212) 210-9444

                                           *Attorneys for Defendant Brookwood*
                                           *Companies, Inc.*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXTEC APPLICATIONS, INC.<br>a Georgia corporation<br><br>v.<br><br>BROOKWOOD COMPANIES, INC.,<br>a Delaware corporation; and<br>THE HALLWOOD GROUP, INC.<br>a Delaware corporation<br><br>Defendant. | ECF Case 07 Civ. 06901 (RJH)<br><br>AFFIDAVIT OF AMY MANNING<br>IN SUPPORT OF MOTION TO ADMIT<br>COUNSEL PRO HAC VICE |

State of New York  )
                   )  ss.
County of New York )

Amy Manning, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Alston & Bird LLP, counsel for Defendant Brookwood Companies, Inc. (Brookwood) in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Brookwood's motion to admit Blas P. Arroyo as counsel pro hac vice to represent Brookwood in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in July 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Blas P. Arroyo since 2004.

4. Mr. Arroyo is a partner at Alston & Bird LLP in Charlotte, North Carolina.

5. I have found Mr. Arroyo to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Blas P. Arroyo, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Blas P. Arroyo, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Blas P. Arroyo, pro hac vice, to represent the Defendant Brookwood in the above captioned matter, be granted.

Dated:    October 16, 2007

New York, NY

Respectfully submitted,

_____
Amy Manning (AM 0338)
Alston & Bird LLP
90 Park Avenue
New York, NY  10016
Tel.: (212) 210-9543
Fax: (212)210-9444

*Attorneys for Defendant Brookwood Companies, Inc.*

Sworn to before me this 16th day of October, 2007

_____
Notary Public

LINDA MARIE SANCHEZ
Notary Public, State of New York
No. 01SA6125791
Qualified in New York County
Commission Expires April 25, 2009

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Christie Speir Cameron, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 22, 1981, a license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

*BLAS P. ARROYO*,

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at the office in Raleigh, this       October 9, 2007       .

*Christie S. Cameron*
Christie Speir Cameron
Clerk of the Supreme Court
of the State of North Carolina

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NEXTEC APPLICATIONS, INC.<br>a Georgia corporation<br><br>v.<br><br>BROOKWOOD COMPANIES, INC.,<br>a Delaware corporation; and<br>THE HALLWOOD GROUP, INC.<br>a Delaware corporation<br><br>Defendant. | ECF Case 07 Civ. 06901 (RJH)<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK    )

COUNTY OF NEW YORK  )

Lisa Grant, being duly sworn, deposes and says that I am employed in the office of Alston & Bird LLP attorneys for Defendants Brookwood Companies, Inc. and that on October 16, 2007, I served a true copy of the within Motion to Admit Counsel Pro Hac Vice, Affidavit of Amy Manning in Support of Motion to Admit Counsel Pro Hac Vice and the Proposed Order for Admission Pro Hac Vice on Written Motion by mailing a copy of the same in a postage-paid first-class envelope addressed as follows:

Kesari Ruza
Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza
24th Fl
New York, NY 10112

Amar L. Thakur
John E. Maki
Michael Murphy
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real
Suite 200
San Diego, CA 92130

*Attorneys for Plaintiff Nextec Applications, Inc.*

*Lisa Grant* (signature)

Sworn to before me this 16th day of October, 2007.

*(signature)*
Notary Public

YOLANDA SANCHEZ
Notary Public, State of New York
No. 01SA6157467
Qualified in Bronx County
Commission Expires Dec. 11, 2010