IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

| | |
|---|---|
| NEXTEC APPLICATIONS, INC. <br> a Georgia corporation <br> <br> v. <br> <br> BROOKWOOD COMPANIES, INC., <br> a Delaware corporation; and <br> THE HALLWOOD GROUP, INC. <br> a Delaware corporation <br> <br> **Defendant.** | ECF Case 07 Civ. 06901 (RJH) <br> <br> ORDER OF ADMISSION <br> PRO HAC VICE <br> ON WRITTEN MOTION |

Upon the written motion of Amy S. Manning, attorney for Brookwood Companies, Inc., and said sponsor attorney's affidavit declaration that applicant Blas P. Arroyo is a member in good standing of the bar of the state of North Carolina; and that applicant's contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Blas P. Arroyo |
| Firm Name: | Alston & Bird LLP |
| Address: | Bank of America Plaza, Suite 4000, 101 South Tryon Street |
| City/State/Zip | Charlotte, NC  28280-4000 |
| Phone Number: | (704) 444-1012 |
| Fax Number: | (704) 444-1742 |
| Email Address: | blas.arroyo@alston.com |

said applicant having requested admission pro hac vice to appear for all purposes as counsel for Brookwood Companies, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Blas P. Arroyo, is admitted to practice pro hac vice as counsel for Brookwood Companies, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of the Court.

Dated: 10/24/07

City, State:

_____
United States District Judge