# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Amy Manning
Direct Dial: 212-210-9543
E-mail: amy.manning@alston.com



NOV 21

November 21, 2007

*Via Facsimile*

Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Facsimile: (212) 805-7948

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

Re: *Nextec Applications, Inc. v. Brookwood Companies, Inc. et al.*, Case No. 07 CV 6901 (RJH)

Dear Judge Holwell:

We represent Defendant Brookwood Companies, Inc. ("Brookwood") in the above-captioned matter. An initial scheduling conference was recently rescheduled in this matter to December 12, 2007 at 10:00 a.m. The spouse of Lead counsel for Brookwood is scheduled for a surgical procedure on December 11th, so that counsel cannot travel on that date or on December 12th. Lead counsel desires to attend the conference and Brookwood therefore respectfully requests an adjournment of the scheduling conference until the week of December 17, 2007, or until such time as is convenient for the Court. Counsel for Plaintiff consents to such adjournment provided that the conference can be rescheduled during the week of December 17th. This is Brookwood's first request for an adjournment. The Court's consideration and understanding in this matter is sincerely appreciated.

*Conference adjourned to December 17, 2007 at 10:00 am*
*SO ORDERED*

Sincerely,

Amy Manning, Esq.

cc: All counsel of record via facsimile

USDJ
11/27/07

Atlanta • Charlotte • Dallas • New York • Research Triangle • Washington, D.C.