SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
(212) 332-3800 (phone)
(212) 332-3888 (fax)

Attorneys for Plaintiff
NEXTEC APPLICATIONS, INC.,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
NEXTEC APPLICATIONS, INC.,                    :
a Georgia corporation,                        :
                                              :
                Plaintiff,                    :   ECF Case 07 Civ. 06901 (RJH)
                                              :
        v.                                    :
                                              :   **NOTICE OF APPEARANCE**
BROOKWOOD COMPANIES, INC.,                    :   **FOR MICHAEL R. MURPHY**
a Delaware Corporation; and                   :   **admitted PRO HAC VICE**
THE HALLWOOD GROUP, INC.,                     :
a Delaware corporation,                       :
                                              :
                Defendants.                   :
-------------------------------------------------------x

### NOTICE OF APPEARANCE AS COUNSEL

Please enter my appearance as counsel for Plaintiff, NEXTEC Applications Inc., in the above-entitled action.

Dated: New York, New York
       October 22, 2007        SHEPPARD MULLIN RICHTER & HAMPTON LLP

                               By: _____
                                    Michael R. Murphy
                                    12275 El Camino Real, Suite 200
                                    San Diego, California 92130
                                    Telephone: (858) 720-8900
                                    Facsimile: (858) 509-3691
                                    jmaki@sheppardmullin.com

                               *Attorneys for Plaintiff Nextec Applications, Inc.*