UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08
```

------------------------------x

NEXTEC APPLICATIONS, INC.,

          Plaintiff,         07 Civ. 6901

   - against -

BROOKWOOD COMPANIES, INC., et al.,      ORDER

          Defendants.

------------------------------x

    Having reviewed counsel's correspondence relating to discovery disputes, the Court directs Nextec to respond to Interrogatory No. 1 with specificity by February 27, 2008 to the extent that it possesses information upon which it may rely. Boxwood shall produce the requested samples by February 27, 2008. Nextec shall supplement its response to Interrogatory No. 1 by March 21, 2008.

    Nextec is also directed to respond to Interrogtory No. 3 by February 27, 2008 based on information currently available to it. If Nextec is unable to calculate any category of damages at this time, the parties shall agree upon a date at which time Nextec's damage calculations will be provided.

SO ORDERED.

Dated: New York, New York
       February 19, 2008

                                    Richard J. Holwell
                                    United States District Judge