UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NEXTEC APPLICATIONS, INC.,
a Georgia corporation,

               Plaintiff,

    v.

BROOKWOOD COMPANIES, INC.,
a Delaware Corporation; and

THE HALLWOOD GROUP, INC.,
a Delaware corporation,

               Defendants.
------------------------------------------------------------x

ECF Case 07 Civ. 06901 (RJH)

**NOTICE OF MOTION
TO ADMIT COUNSEL
DANIEL N. YANNUZZI
*PRO HAC VICE***

PLEASE TAKE NOTICE that upon the annexed affidavit of movant, Daniel N. Yannuzzi, in support of this motion and the Certificates of Good Standing annexed thereto, we will move this Court before the Honorable Richard J. Holwell at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Sheppard Mullin Richter & Hampton, LLP and a member in good standing of the Bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel.

Dated: February 11, 2008

                        Respectfully submitted,

                        SHEPPARD MULLIN RICHTER & HAMPTON LLP

                        By:   Daniel N. Yannuzzi
                            12275 El Camino Real, Suite 200
                            San Diego, California 92130
                            Telephone: (858) 720-8900
                            Facsimile: (858) 509-3691
                            dyannuzzi@sheppardmullin.com

                        *Attorneys for plaintiff Nextec Applications, Inc.*

W02-WEST:6DNY1\400706429.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NEXTEC APPLICATIONS, INC.,
a Georgia corporation,

                 Plaintiff,

                 v.

BROOKWOOD COMPANIES, INC.,
a Delaware Corporation; and
THE HALLWOOD GROUP, INC.,
a Delaware corporation,

                 Defendants.
-------------------------------------------------------------x

ECF Case 07 Civ. 06901 (RJH)

**AFFIDAVIT OF DANIEL N. YANNUZZI IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

State of California    )
                        ) ss:
County of San Diego )

       Daniel N. Yannuzzi, being duly sworn, hereby deposes and says as follows:

I am a member of the law firm of Sheppard, Mullin, Richter, & Hampton LLP.

I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

       1.       As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the State of California.

       2.       There are no pending disciplinary proceedings against me in any State or Federal court.

       3.       Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

Dated: February 11, 2008

                                            DANIEL N. YANNUZZI

Sworn to before me on this
11th day of February, 2008
_Danna T. Grimes_
Notary Public

[Notary stamp: DONNA A. GRIMES, Commission # 1701842, Notary Public - California, San Diego County, My Comm. Expires Oct 30, 2010]

W02-WEST:6DNY1\400706429.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| NEXTEC APPLICATIONS, INC., <br> a Georgia corporation, <br><br> Plaintiff, <br><br> v. <br><br> BROOKWOOD COMPANIES, INC., <br> a Delaware Corporation; and <br> THE HALLWOOD GROUP, INC., <br> a Delaware corporation, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | ECF Case 07 Civ. 06901 (RJH) <br><br> **DECLARATION** |

------------------------------------------------------------x

KESARI RUZA, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am associated with the law firm of Sheppard, Mullin, Richter & Hampton, LLP which represents plaintiff Nextec Applications, Inc. in the above-captioned action. I make this declaration in support of the motion, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts, that Daniel N. Yannuzzi, an attorney admitted to practice law in the State of California, be admitted *pro hac vice* for limited admission to the Bar of the United States District Court for the Southern District of New York for all purposes with respect to the above referenced proceeding.

2. I believe Mr. Yannuzzi to be of good character and I know of no reason why this Court should not grant this motion.

WHEREFORE, it is respectfully requested that the motion seeking the *pro hac vice* admission of Mr. Yannuzzi to this Court be granted and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
February 15, 2008

_____
KESARI RUZA

W02-WEST:6DNY1\400706429.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NEXTEC APPLICATIONS, INC.,  :
a Georgia corporation,  :
                        :
         Plaintiff,  :            ECF Case 07 Civ. 06901 (RJH)
                        :
    v.                  :
                        :            **ADMISSION TO PRACTICE**
BROOKWOOD COMPANIES, INC.,  :            ***PRO HAC VICE***
a Delaware Corporation; and  :
THE HALLWOOD GROUP, INC.,  :
 a Delaware corporation,  :
                        :
         Defendants.  :
------------------------------------------------------------x

    The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Daniel N. Yannuzzi, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

    An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

    This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

    The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:                              _____
                                    United States District Judge



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

February 8, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANIEL NICHOLAS YANNUZZI, #196612 was admitted to the practice of law in this state by the Supreme Court of California on October 5, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXTEC APPLICATIONS, INC., a Georgia corporation,<br><br>           Plaintiff,<br><br>v.<br><br>BROOKWOOD COMPANIES, INC., a Delaware corporation; and THE HALLWOOD GROUP, INC., a Delaware corporation,<br><br>           Defendants. | Case No.<br><br>**AFFIDAVIT OF SERVICE** |

DIANA RAMIREZ, being duly sworn, deposes and says:

I am not a party to this action, am over eighteen years of age, and reside in New York County, New York.

On February 19, 2008, I served the within NOTICE OF MOTION TO ADMIT COUNSEL DANIEL N. YANNUZZI PRO HAC VICE, AFFIDAVIT OF DANIEL N. YANNUZZI IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE, DECLARATION AND ADMISSION TO PRACTICE PRO HAC VICE upon counsel as follows:

Thomas J. Parker, Esq.
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Attorneys for Defendant*
*Brookwood Companies, Inc.*

by first-class mail by placing a true copy of same in a properly-addressed, securely-sealed

envelope, postage postpaid, and by causing said envelope to be deposited in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

_____
DIANA RAMIREZ

Sworn to before me this
19th day of February, 2008.

_____
Notary Public

GAIL BURMA
Notary Public, State of New York
No. 01BU6002356
Qualified in New York County
Commission Expires February 2, 2010