UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

NEXTEC APPLICATIONS, INC.,

                Plaintiff,

-against-

BROOKWOOD COMPANIES, INC.,

                Defendant,

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 6901 (RJH) (THK)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) *see below

_____ *Specific Non-Dispositive Motion/Dispute:
_____
_____

*If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:*
_____
_____

_____ *Settlement

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g. dispositive motion, preliminary injunction). Purpose:
_____

_____ Habeas Corpus

_____ Social Security

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation):
_____

_____ All such motions

---

* Do not check if already referred for general pretrial.

* The parties are directed to forward whatever correspondence they believe necessary for the resolution of the pending discovery disputes to the Chambers of Magistrate Judge Katz. Before doing so, they are advised to consult with Judge Katz's Chambers regarding any applicable page limits on their correspondence.

SO ORDERED.

Dated: New York, New York
       March 13, 2008

Richard J. Holwell
United States District Judge