SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
(212) 332-3800 (phone)
(212) 332-3888 (fax)

Attorneys for Plaintiff
NEXTEC APPLICATIONS, INC.,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NEXTEC APPLICATIONS, INC.,
a Georgia corporation,

        Plaintiff,                  ECF Case 07 Civ. 06901 (RJH)

        v.

BROOKWOOD COMPANIES, INC.,         **NOTICE OF APPEARANCE**
a Delaware Corporation; and               **FOR JON E. MAKI**
THE HALLWOOD GROUP, INC.,             **admitted PRO HAC VICE**
a Delaware corporation,

        Defendants.
------------------------------------------------------------x

## NOTICE OF APPEARANCE AS COUNSEL

Please enter my appearance as counsel for Plaintiff, NEXTEC Applications Inc., in the above-entitled action.

Dated: New York, New York
       October 22, 2007       SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                     By: Jon E. Maki
                                     12275 El Camino Real, Suite 200
                                     San Diego, California 92130
                                     Telephone: (858) 720-8900
                                     Facsimile: (858) 509-3691
                                     jmaki@sheppardmullin.com

                                   *Attorneys for Plaintiff Nextec Applications, Inc.*