SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 24th floor
New York, New York 10112
(212) 332-3800 (phone)
(212) 332-3888 (fax)

*Attorneys for Plaintiff NEXTEC APPLICATIONS, INC.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| NEXTEC APPLICATIONS, INC.,<br>a Georgia corporation, | : | |
| | : | |
| Plaintiff, | : | ECF Case 07 Civ. 06901 (RJH) |
| | : | |
| -v- | : | |
| | : | NOTICE OF APPEARANCE |
| BROOKWOOD COMPANIES, INC., | : | FOR DANIEL YANNUZZI |
| a Delaware Corporation; and THE HALLWOOD | : | admitted PRO HAC VICE |
| GROUP, INC., a Delaware Corporation, | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------------x

## NOTICE OF APPEARANCE AS COUNSEL

Please enter my appearance as counsel for Plaintiff, NEXTEC APPLICATIONS, INC., in the

above entitled action.

Dated: New York, New York
        March 21, 2008                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                              s/ Daniel N. Yannuzzi
                                         _____

                                         By:   Daniel N. Yannuzzi
                                               12275 El Camino Real, Suite 200
                                               San Diego, California 92130
                                               Telephone: (858) 720-8924
                                               Facsimile:  (858) 509-3691
                                               dyannuzzi@sheppardmullin.com

                                         *Attorneys for Plaintiff Nextec Applications, Inc.*