UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXTEC APPLICATIONS, INC., | |
| Plaintiff, | Case No. 07 CV 06901 (RJH) |
| v. | **MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
| BROOKWOOD COMPANIES, INC., and THE HALLWOOD GROUP, INC., | |
| Defendants. | |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Amy S. Manning, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Jitendra Malik |
| Firm Name: | Alston & Bird LLP |
| Address: | Bank of America Plaza, 101 South Tryon Street, Suite 4000 |
| City/State/Zip: | Charlotte, North Carolina 28280-4000 |
| Phone: | (704) 444-1115 |
| Fax: | (704) 444-1111 |
| Email: | jitty.malik@alston.com |

Jitendra Malik is a member in good standing of the Bar of the State of North Carolina.

There are no pending disciplinary proceedings against Dr. Malik, in any State of Federal court.

Respectfully submitted this _11_ day of April, 2008.

                                  ALSTON & BIRD LLP

                                  */s/ Amy Manning*

                                  Thomas J. Parker
                                  Amy S. Manning
                                  90 Park Avenue
                                  New York, New York 10016-1387
                                  (212) 210-9400 – Telephone
                                  (212) 210-9444 – Facsimile

                                  Blas P. Arroyo
                                  Bank of America Plaza
                                  101 South Tryon Street, Suite 4000
                                  Charlotte, North Carolina  28280-4000
                                  (704) 444-1000 – Telephone
                                  (704) 444-1111 – Facsimile

                                  Attorneys for Defendant
                                  BROOKWOOD COMPANIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NEXTEC APPLICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 07 CV 06901 (RJH) |
| ) | |
| v. ) | |
| ) | **AFFIDAVIT OF AMY S. MANNING IN** |
| BROOKWOOD COMPANIES, INC., ) | **SUPPORT OF MOTION TO ADMIT** |
| and THE HALLWOOD GROUP, INC., ) | **COUNSEL *PRO HAC VICE*** |
| ) | |
| Defendants. ) | |

State of New York   )
                    )   ss.
County of New York  )

Amy S. Manning, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Alston & Bird LLP, counsel for Defendant Brookwood Companies, Inc. ("Brookwood") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Brookwood's motion to admit Jitendra Malik as counsel *pro hac vice* to represent Brookwood in this matter.

2. I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in July 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Jitendra Malik since December 2004.

4. Dr. Malik is an associate at Alston & Bird LLP in Charlotte, North Carolina.

5. I have found Dr. Malik to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

-2-

6. Accordingly, I am pleased to move the admission of Jitendra Malik, *pro hac vice*.

7. I respectfully submit a proposed Order granting the admission of Jitendra Malik, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Jitendra Malik, *pro hac vice*, to represent Defendant Brookwood in the above-captioned matter, be granted.

Respectfully submitted this _11_ day of April, 2008.

ALSTON & BIRD LLP

_/s/ Amy S. Manning_
Amy S. Manning
90 Park Avenue
New York, New York 10016-1387
(212) 210-9400 – Telephone
(212) 210-9444 – Facsimile

Attorneys for Defendant
BROOKWOOD COMPANIES, INC.

Sworn to before me this
_11_ day of April, 2008.

_/s/ Yolanda Sanchez_
Notary Public

YOLANDA SANCHEZ
Notary Public, State of New York
No. 01SA6157467
Qualified in Bronx County
Commission Expires Dec. 11, 2010

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



*I, Christie Speir Cameron, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 26, 2004, a license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to*

### JITENDRA MALIK

*according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.*

*To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.*

*WITNESS my hand and the Seal of the Supreme Court of North Carolina at the office in Raleigh, this        April 1, 2008        .*

*Christie S. Cameron*
Christie Speir Cameron
Clerk of the Supreme Court
of the State of North Carolina

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXTEC APPLICATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROOKWOOD COMPANIES, INC., )<br>and THE HALLWOOD GROUP, INC., )<br>)<br>Defendants. ) | Case No. 07 CV 06901 (RJH)<br><br>**ORDER OF ADMISSION**<br>***PRO HAC VICE***<br>**ON WRITTEN MOTION** |

Upon the written motion of Amy S. Manning, attorney for Brookwood Companies, Inc., and said sponsor attorney's affidavit declaration that applicant Jitendra Malik is a member in good standing of the Bar of the State of North Carolina; and that applicant's contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Jitendra Malik |
| Firm Name: | Alston & Bird LLP |
| Address: | Bank of America Plaza, 101 South Tryon Street, Suite 4000 |
| City/State/Zip: | Charlotte, North Carolina  28280-4000 |
| Phone: | (704) 444-1115 |
| Fax: | (704) 444-1111 |
| Email: | jitty.malik@alston.com |

said applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Brookwood Companies, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Jitendra Malik is admitted to practice *pro hac vice* as counsel for Brookwood Companies, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are

LEGAL02/30743778v1

subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the *pro hac vice* fee to the Clerk of the Court.

This _____ day of April, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXTEC APPLICATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROOKWOOD COMPANIES, INC., )<br>and THE HALLWOOD GROUP, INC., )<br>)<br>Defendants. ) | Case No. 07 CV 06901 (RJH)<br><br>**AFFIDAVIT OF SERVICE** |

State of New York  )
                   )  ss.
County of New York )

_Yolanda Sanchez_, being duly sworn, deposes and says that I am employed in the office of Alston & Bird LLP, attorneys for Defendant Brookwood Companies, Inc., and that on _April 11_, 2008, I served a true copy of the within:

(1) Motion to Admit Counsel *Pro Hac Vice*;

(2) Affidavit of Amy S. Manning in Support of Motion to Admit Counsel *Pro Hac Vice*; and

(3) Proposed Order of Admission *Pro Hac Vice* on Written Motion

by mailing a copy of the same in a postage-paid, first-class envelope addressed as follows:

Kesari Ruza, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112

LEGAL02/30743778v1

Amar L. Thakur, Esq.
Jon E. Maki, Esq.
Michael Murphy, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 200
San Diego, California 92130
(*Attorneys for Plaintiff Nextec Applications, Inc.*)

*/s/ Yolanda Saintly*

Sworn to before me this
11th day of April, 2008.

*/s/ Kim Fitzgerald*
Notary Public

KIM FITZGERALD
Notary Public, State of New York
No. 01FI609313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 9, 20__

- 2 -