UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/08
```

NEXTEC APPLICATIONS, INC.,

    Plaintiff,

v.

BROOKWOOD COMPANIES, INC.,
and THE HALLWOOD GROUP, INC.,

    Defendants.

Case No. 07 CV 06901 (RJH)

**ORDER OF ADMISSION**
***PRO HAC VICE***
**ON WRITTEN MOTION**

    Upon the written motion of Amy S. Manning, attorney for Brookwood Companies, Inc., and said sponsor attorney's affidavit declaration that applicant Jitendra Malik is a member in good standing of the Bar of the State of North Carolina; and that applicant's contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Jitendra Malik |
| Firm Name: | Alston & Bird LLP |
| Address: | Bank of America Plaza, 101 South Tryon Street, Suite 4000 |
| City/State/Zip: | Charlotte, North Carolina 28280-4000 |
| Phone: | (704) 444-1115 |
| Fax: | (704) 444-1111 |
| Email: | jitty.malik@alston.com |

said applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Brookwood Companies, Inc. in the above-entitled action;

    **IT IS HEREBY ORDERED** that Jitendra Malik is admitted to practice *pro hac vice* as counsel for Brookwood Companies, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are

LEGAL02/30743778v1

subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the *pro hac vice* fee to the Clerk of the Court.

This __16__ day of April, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE