IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

| | |
|---|---|
| Nextec Applications, Inc. )<br>)<br>       Plaintiff )<br>   v. )<br>Brookwood Companies, Inc. )<br>)<br>       Defendant. )<br>) | ECF Case 07 CV 6901 (RJH) (THK) |

## [PROPOSED] ORDER EXTENDING DISCOVERY SCHEDULE

This matter having come before the Court upon the parties stipulation and consent to extend the discovery schedule seventy-five (75) days, and the Court having been fully advised during the March 31, 2008 telephone conference with the Court that the parties require additional time to complete discovery relating to the substantive issues of this litigation,

IT IS HEREBY ORDERED this 22nd day of April, 2008, that the deadlines set forth in the Case Management Plan of the Parties Joint Report of Rule 26(f) Conference and Order dated December 22, 2007, are extended seventy-five (75) days as follows:

   i. Fact discovery completion date: July 29, 2008

   ii. Date for Rule 26(a)(2) disclosures: August 27, 2008

   iii. Date for delivery of expert reports: August 27, 2008

   iv. Date for delivery of rebuttal expert reports: September 24, 2008

   v. Expert discovery completion date: October 29, 2008

   vi. Date for filing dispositive motions: October 29, 2008

Dated: April 22, 2008

Honorable Theodore H. Katz