UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
NEXTEC APPLICATIONS,                  :     07 Civ. 06901 (RJH)
:
            Plaintiff,                :
:
       -against-                    :     **ORDER**
:
BROOKWOOD COMPANIES, et al,           :
:
            Defendant.                :
:
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08
```

The pretrial conference scheduled for April 24, 2008 is rescheduled to

May 09, 2007, at 11:00 a.m., in the courtroom of the Honorable Richard J. Holwell,

Courtroom 17B, 500 Pearl Street, New York, New York 10007.


Dated: New York, New York
April 30, 2008
SO ORDERED:

                                              Richard J. Holwell
                                           United States District Judge