```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

NEXTEC APPLICATIONS, INC.,

                Plaintiff,

-against-

BROOKWOOD COMPANIES, INC.,

                Defendant.

------------------------------------------------

07 Civ. 6901 (RJH)

**ORDER**

At the pre-motion conference held today on defendant's proposed motion for partial summary judgment, the Court set the following schedule:

- Defendant shall file the motion by June 30, 2008;
- Plaintiff shall file opposition papers by July 29, 2008;
- Defendant shall file reply papers, if any, by August 15, 2008.

SO ORDERED.

Dated: New York, New York
         May 9, 2008

Richard J. Holwell
United States District Judge