UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXTEC APPLICATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BROOKWOOD COMPANIES, INC.,<br>and THE HALLWOOD GROUP, INC.,<br><br>Defendants. | Case No. 07 CV 6901 (THK) (RJH)<br><br>**DEFENDANT BROOKWOOD<br>COMPANIES, INC.'S MOTION FOR<br>PARTIAL SUMMARY JUDGMENT** |

On May 12, 2008, this Court granted Defendant Brookwood Companies, Inc. ("Brookwood") leave to file a motion for partial summary judgment by June 30, 2008 based on Brookwood's affirmative defense under 28 U.S.C. § 1498(a) (Docket No. 43).

Pursuant to the Court's Order, Brookwood now moves this Court for entry of partial summary judgment against selected claims asserted by Plaintiff Nextec Applications, Inc. ("Nextec") in this action for alleged patent infringement. In particular, Brookwood requests entry of an order dismissing any claims asserted by Nextec for the alleged infringement of any product claims in the asserted patents-in-suit based on the sale of fabrics in furtherance of a government contract in light of the express terms of 28 U.S.C. §1498(a).

Brookwood's legal basis for having its motion for partial summary judgment granted as a matter of law is set forth in the accompanying Memorandum of Law in Support of Motion for Partial Summary Judgment, the Statement of Undisputed Material Facts pursuant to Local Civil Rule 56.1, the annexed Declaration of Frank Montie, dated June 25, 2008, and attachments thereto.

WHEREFORE, Brookwood respectfully requests that the Court grant Brookwood's Motion for Partial Summary Judgment in light of 28 U.S.C. §1498(a) and grant such relief as the Court deems just and proper. A proposed order is attached hereto as Exhibit 1.

Dated:  June 30, 2008
New York, New York

                        Respectfully submitted,

                        ALSTON & BIRD LLP

                        By:  s/ Thomas J. Parker
                        Thomas J. Parker
                        Amy S. Manning
                        90 Park Avenue
                        New York, NY 10016-1387
                        Telephone: (212) 210-9400
                        Facsimile: (212) 210-9444

                        Blas P. Arroyo
                        Bank of America Plaza
                        101 South Tryon Street, Suite 4000
                        Charlotte, North Carolina 28280
                        Telephone:  (704) 444-1000
                        Facsimile:  (704) 444-1111

                        Attorneys for Defendant
                        BROOKWOOD COMPANIES, INC.