# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXTEC APPLICATIONS, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Case No. 07 CV 6901 (THK) (RJH) <br> ) |
| BROOKWOOD COMPANIES, INC., <br> and THE HALLWOOD GROUP, INC., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**ORDER GRANTING DEFENDANT BROOKWOOD COMPANIES, INC.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

This matter having come before the Court upon the motion of Defendant Brookwood Companies, Inc. ("Brookwood"), dated June 30, 2008, with supporting declaration, for partial summary judgment ("Motion") and the Court having considered the Motion and related papers, and the Court having reviewed any papers filed in opposition to the Motion,

**IT IS** on this _____ day of _____, 2008

**ORDERED** that Brookwood's motion for partial summary judgment is **GRANTED**.  All claims asserted by Plaintiff Nextec Applications, Inc. ("Nextec") in the present action for the alleged infringement of any product claims in the asserted patents-in-suit based on the manufacture and sale by Brookwood of fabrics in furtherance of United States Government Contract No. W911QY-07-D0003 are hereby dismissed.

_____

Hon. Richard J. Holwell, U.S.D.J.