UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NEXTEC APPLICATIONS, INC., | ) | |
| Plaintiff, | ) | Case No. 07 CV 6901 (RJH) |
| v. | ) | DECLARATION OF FRANK MONTIE |
| BROOKWOOD COMPANIES, INC., and THE HALLWOOD GROUP, INC., | ) | |
| Defendants. | ) | |

I, FRANK MONTIE, depose and state the following:

1.    I currently serve as Executive Vice President, Military Sales and Marketing for the Brookwood Companies, Inc. ("Brookwood"). I have been employed by Brookwood Companies Incorporated ("Brookwood") for over 10 years in various capacities.

2.    Brookwood, through its operating divisions, is a leading supplier of specialty fabrics, including military, consumer and industrial fabrics, for use in a wide variety of settings. Brookwood directly and through relevant predecessors, has been engaged in the manufacture of specialty industrial fabrics in the United States for over 40 years. Brookwood's products have included fabrics for use in a wide variety of outdoor applications requiring weather resistance, including fabrics used in the Extended Cold Weather Clothing System (ECWCS) for the U.S. Military, and in the manufacture of tents, backpacks, and protective outer wear, such as rain gear.

3.    Throughout its history, Brookwood and its relevant predecessors have been leading suppliers to the United States Government, including the United States military. Brookwood believes that it is one of the largest suppliers of woven nylon fabrics used by the various branches of the United States Government.

4.     My responsibilities at Brookwood have included overseeing our performance of certain contracts with the United States Government, including contracts with various branches of the military.  In some cases, Brookwood is the direct contracting party with the U.S. Government.  More often, Brookwood serves as a sub-contractor providing fabrics that meet specifications established by the Federal government, and that are then used by Brookwood's direct customer to manufacture products (such as apparel) that are supplied to end users, such as the U.S. Military.

5.     Through my responsibilities at Brookwood, I am familiar with Brookwood's performance as a sub-contractor under a certain government contract, Contract No. W911QY-07-D-0003, that was awarded to Atlantic Diving Supply, Inc. ("ADS") of Virginia Beach, VA effective December 20, 2006.  A copy of the first page of a redacted form of the contract, as obtained from ADS, together with a relevant excerpt from the contract listing the clauses incorporated by reference in the contract (p. 57) are attached as Exhibit A.

6.     The December 20, 2006 contract with ADS relates to the supply of protective outerwear referred to as the so-called "Gen III Extended Cold Weather Clothing System."  The Gen III clothing "system" consists of a series of different "layers" of garments that may be used in different combinations, depending upon prevailing weather conditions.  The various layers include typical outerwear, including a light jacket shell and trousers, as well as a heavy jacket and trousers.

7.     On behalf of Brookwood, I served as a primary liaison to the government and to the sub-contractors that purchased fabrics from Brookwood to be manufactured into garments and sold to ADS as the primary contractor to the United States Army Soldier Center in Natick, Massachusetts under the referenced contract.

- 2 -

8.     Part of the particular fabrics produced by Brookwood that I understand are involved in this dispute with Nextec are referred to as the so-called "Level V" and "Level VII" garments. The "Level V" garment is a soft shell jacket and trouser, while the "Level VII" garment is an extreme cold weather parka and trouser in which Brookwood's fabric was used as the face fabric and in the liner.

9.     All of the fabrics produced by Brookwood and supplied for use in fabricating the Level V and Level VII garments were processed to meet particular government specifications under the referenced contract, and were delivered to subcontractors designated by ADS for fabrication into the protective outerwear requested by the U.S. Army Soldier Center in Natick, Massachusetts. Fabrics meeting these particular specifications have been sold by Brookwood for use only by the United States Government. Specifically, Brookwood made fabric shipments for this purpose to Propper International of St. Charles, MO under multiple purchase orders. Fabrics were also shipped to DJ Manufacturing Corp. of San Lorenzo, Puerto Rico; to Sterlingwear of Boston; to Wild Things of North Conway, New Hampshire; and to Creative Apparel of Belmont, Maine, all for use in manufacturing outerwear supplied to ADS for ultimate supply to the United States Military. The purchase orders we received from Propper International, for example, contain express references to the relevant contract number as reflected in the attached document which has been partially redacted to remove confidential information (see Exhibit B, Order No. 2029932 (5/31/07)).

10.     As part of our performance as a sub-contractor under the government contract with ADS, Brookwood was required to perform certain standardized tests on its fabrics and to provide the results of those tests directly to the United States Army Soldier Center in Natick, MA (DD Form 1222). A representative example of a form supplied to the Soldier Center to

- 3 -

demonstrate compliance with the specifications established under the contract is attached as Exhibit C.

11.    It is our understanding that the specific fabrics supplied by Brookwood conforming to the Level V and Level VII specifications, in response to purchase orders from the various sub-contractors under the ADS prime contract, have only been utilized in the manufacture of outerwear under the referenced contract.  The fabrics were inspected and approved for use in performance of the contract by a designated government representative prior to shipment.  It is also our understanding that the outerwear made from Brookwood's fabrics were also accepted by the United States Military.

12.    Our understanding that the fabrics manufactured by Brookwood were actually used in satisfaction of the specified government contract is based on discussions with our direct customers during which we have informed them that these fabrics should only be used in furtherance of the referenced contract, and our further understanding that ADS also has an agreement or understanding with each of the manufacturers that all resulting garments are to be sold exclusively to ADS.  In addition, we have an agreement with ADS that garments made from Brookwood supplied fabrics are to be used only in satisfaction of the relevant contract.  We understand that ADS segregates the garments made from Brookwood fabrics from garments made from the fabrics of any other supplier in order to ensure that products made from our fabrics are only supplied in furtherance of the relevant contract.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: 6/25/08

Frank Montie

-4-

LEGAL02/30707503v2

**Exhibit A**

| AWARD/CONTRACT | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | | RATING | PAGE | OF PAGES |
|---|---|---|---|---|---|
| | | | | 1 | 76 |

| 2. CONTRACT (Proc. Inst. Ident) NO. W911QY-07-D-0003 | 3. EFFECTIVE DATE 20 Dec 2006 | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. W911A2K3254001 |
|---|---|---|

| 5. ISSUED BY CODE W911QY | 6. ADMINISTERED BY (If other than Item 5) CODE S3111A |
|---|---|
| NATICK CONTRACTING DIVISION ATTN: AMSRD-ACC-N BUILDING 1, KANSAS STREET NATICK MA 01760-5011 | DCMA SOUTHERN VIRGINIA 160 BERNARD ROAD BLDG 117 FORT MONROE VA 23551 |

| 7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, state and zip code) | 8. DELIVERY [ ] FOB ORIGIN  [ X ] OTHER (See below) |
|---|---|
| ATLANTIC DIVING SUPPLY, INC. DAN CLARKSON DBA: ADS 477 VIKING DRIVE, SUITE 350 VIRGINIA BEACH VA 23452-7369 | 9. DISCOUNT FOR PROMPT PAYMENT 00 Days - 0000%; Net 30 Days |
| | 10. SUBMIT INVOICES    1    ITEM (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN:   Section G |

| CODE 1CAY9 | FACILITY CODE |
|---|---|

| 11. SHIP TO/MARK FOR          CODE | 12. PAYMENT WILL BE MADE BY                CODE HQ0338 |
|---|---|
| See Schedule | DFAS DFAS-COLUMBUS CENTER COSOUTH ENTITLEMENT OPS PO BOX 182264 COLUMBUS OH 43218-2264 |

| 13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: [ ] 10 U.S.C. 2304(c)(    ) [ ] 41 U.S.C. 253(c)(    ) | 14. ACCOUNTING AND APPROPRIATION DATA |
|---|---|

| 15A. ITEM NO. | 15B. SUPPLIES/ SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |
| | 15G. TOTAL AMOUNT OF CONTRACT | | | | $220,516,188.00 |

## 16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 57 - 72 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 2 - 37 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | DESCRIPTION/ SPECS/ WORK STATEMENT | 38 - 42 | X | J | LIST OF ATTACHMENTS | 73 - 76 |
| X | D | PACKAGING AND MARKING | 43 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 44 - 48 | | | REPRESENTATIONS, CERTIFICATIONS AND | |
| X | F | DELIVERIES OR PERFORMANCE | 49 - 53 | | K | OTHER STATEMENTS OF OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | 54 - 55 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 56 | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

| 17. [X] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ___ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.) | 18. [ ] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number W911QY-06-R-0005-0008, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary. |
|---|---|
| 19A. NAME AND TITLE OF SIGNER (Type or print) | 20A. NAME AND TITLE OF CONTRACTING OFFICER DARLENE L. RIDEOUT / CONTRACTING OFFICER TEL: 508-233-4125    EMAIL: darlene.rideout@us.army.mil |
| 19B. NAME OF CONTRACTOR | 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA | 20C. DATE SIGNED |
| BY _____ (Signature of person authorized to sign) | | BY _____ (Signature of Contracting Officer) | 20-Dec-2006 |

NSN 7540-01-152-8069
PREVIOUS EDITION UNUSABLE

26-107
GPO 1985 O - 469-794

STANDARD FORM 26 (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(a)

W911QY-07-D-0003

Page 2 of 76

Section B - Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0001 | | 300 | Each | | |

First Article Test Kit - Top
FFP
Contractor shall provide 50 each Extended Cold Weather Clothing Systems (ECWCS) Top Kit Systems for first article testing in accordance with Section C, paragraph C.3.2.1.3.1, FAR Clause 52.209-3 Alt 1 and attached Purchase Descriptions. Quantities for each size are as follows: 50 Small-Regular systems, 50 Medium-Regular systems, 50 Large-Regular systems, 50 Large-Long systems, 50 XLarge-Regular systems and 50 XLarge-Long systems. Quantities for each size are as follows: Two (2) Lightweight Colder Weather Undershirt; One (1) Mid-weight Cold Weather Shirt; One (1) Fleece Cold Weather Jacket; One (1) Wind Cold Weather Jacket; One (1) Soft Shell Cold Weather Jacket; One (1) Extreme Cold/Wet Weather Jacket; and One (1) Extreme Cold Weather Parka.
FOB: Destination
PURCHASE REQUEST NUMBER: W911A2K53254001

MAX
NET AMT

Section I - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-6 Alt I | Restrictions On Subcontractor Sales To The Government (Jul 1995) -- Alternate I | OCT 1995 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | SEP 2005 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.204-7 | Central Contractor Registration | OCT 2003 |
| 52.208-9 | Contractor Use of Mandatory Sources of Supply | JUN 2006 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JAN 2005 |
| 52.211-5 | Material Requirements | AUG 2000 |
| 52.211-15 | Defense Priority And Allocation Requirements | SEP 1990 |
| 52.215-2 | Audit and Records--Negotiation | JUN 1999 |
| 52.215-8 | Order of Precedence--Uniform Contract Format | OCT 1997 |
| 52.215-11 | Price Reduction for Defective Cost or Pricing Data--Modifications | OCT 1997 |
| 52.215-13 | Subcontractor Cost or Pricing Data--Modifications | OCT 1997 |
| 52.215-14 | Integrity of Unit Prices | OCT 1997 |
| 52.215-21 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data--Modifications | OCT 1997 |
| 52.219-8 | Utilization of Small Business Concerns | MAY 2004 |
| 52.219-9 | Small Business Subcontracting Plan | JUL 2005 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.222-19 | Child Labor -- Cooperation with Authorities and Remedies | JUN 2004 |
| 52.222-20 | Walsh-Healey Public Contracts Act | DEC 1996 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.223-6 | Drug-Free Workplace | MAY 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |
| 52.225-1 | Buy American Act--Supplies | JUN 2003 |
| 52.225-8 | Duty-Free Entry | FEB 2000 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | MAR 2005 |
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |

**Exhibit B**

```
=====================================================================
Propper International Live 001/100 **  PURCHASE ORDER  **    Page    1
=====================================================================
PRINTOUT DATE.. 06/01/07
BUYER......
APPROVED BY..   TOMK                  DATE        ORDER NO/REV  SUPPLIER
                                      05/31/07    2029932 /     B01004

DELIVER TO ADDRESS
Propper International, Inc.           Brookwood Companies Inc.

Parque Industrial Guanajibo          25 West 45th Street
1040 Calle WF Brennan                11th Floor
                                     New York, NY 10036
Mayaguez, PR  00680-1365

PAYMENT TERMS.. Net 60 Days          YOUR REFERENCE
FREIGHT TERMS.. ROUTING GUIDE
DELIVERY METHOD Blank
DELIVERY TERMS. ROUTING GUIDE        CURRENCY.. USD

-----------------------------------------------------------------------
POS ITEM NUMBER     EDIT     QUANTITY U/M   UNIT PRICE  DISC%   LINE-AMOUNT
    SUPPL ITEM NO                                       DUN DEL DATE
-----------------------------------------------------------------------

  1 FAB0169394                   YDS              YD 07/30/07
    BROOKWOOD 98%N/2%LYCRA 59"
    98%Nylon/2%Lycra Universal Camo 59"
```

```
    GEN III LEVEL 5

    CONTRACT #W911QY-07-D-0003
    *******************************************************

    BY ACCEPTING THIS PURCHASE ORDER THE VENDOR IS
    CONFIRMING THAT THEY ARE ALSO IN COMPLIANCE WITH DFAR
    252.225-7012 BERRY AMENDMENT REFERENCE FOR CERTAIN DOMESTIC
    COMMODITIES AS DETERMINED BY ALL GOVERNMENT CONTRACTS
    MENTIONED ON THIS PURCHASE ORDER.

    ALSO BY ACCEPTING THIS PURCHASE ORDER, THE VENDOR IS
    CONFIRMING THAT THEY ARE COMPLIANT TO FAR CLAUSE FAR
    52.209-5/6 THAT STATES THAT THEIR COMPANY IS OR IS NOT
    DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT BY THE
    FEDERAL GOVERNMENT.

    DPAS RATING DOC-9

    EIN #66-0638442 AND SALES TAX EXEMPT # 0018980-0012, 0021,
    0032, 0049, 0058. 0067, 0076 MUST BE SHOWN ON ALL BILLS OF
    LADING, PACKING SLIPS, AND INVOICES.

    EARLY SHIPMENTS WILL NOT BE ACCEPTED WITHOUT PRIOR APPROVAL
    FROM THE BUYER.  EARLY SHIPMENTS THAT ARE NOT AUTHORIZED
    WILL BE PAID NET90 WITH NO PENALTIES.

    PROPPER CONSOLIDATES THEIR SHIPPING THROUGH AQUA EXPORT.
    UNLESS YOU ARE PAYING FOR THE FREIGHT, OUR ROUTING
```

SECRET-COUNSEL'S EYES ONLY

BR02879

```
===========================================================================
Propper International Live 001/100 ** PURCHASE ORDER **    Page    2
===========================================================================
PRINTOUT DATE.. 06/01/07
BUYER......    ████████ Purchasing
APPROVED BY..  TOMK              DATE      ORDER NO/REV  SUPPLIER
                                 05/31/07  2029932 /     B01004

---------------------------------------------------------------------------
POS ITEM NUMBER     EDIT     QUANTITY U/M   UNIT PRICE  DISCNT   LINE-AMOUNT
    SUPPL ITEM NO                                        PUN DEL DATE
---------------------------------------------------------------------------
    INSTRUCTIONS MUST BE FOLLOWED.  FOR A COPY OF
    THE ROUTING INSTRUCTIONS, PLEASE CALL 636-685-1094
    AND WE WILL FAX OR EMAIL THEM TO YOU AS SOON AS
    POSSIBLE.  IF THE ROUTING GUIDE IS NOT FOLLOWED, WE RESERVE
    THE RIGHT TO CHARGE YOU BACK THE FREIGHT PLUS AN ADDITIONAL
    HANDLING FEE.

    1)Preferred roll size 800-1500 yd rolls (1600# MAX.) - full
      piece firsts-poly bagged and edi/bar code label at both
      ends of roll.
    2) ALL CARTONS MUST BE CLEARLY MARKED WITH PROPPER'S PO#'S
       AND THE COMPLETE "SHIP TO" ADDRESS, INCLUDING FINAL
       DESTINATION.  ANY AND ALL SHIPPING OR BILLING DOCUMENTS
       MUST CLEARLY BE MARKED WITH PROPPER'S PO#'S AND PROPPER
       PART NUMBER.
    3) IF SHIPMENTS ARE COMING FROM A "SISTER" COMPANY, IT IS A
       REQUIREMENT THAT PROPPERS VENDORS NAME IS SHOWN AS THE
       SHIPPER ON ALL DOCUMENTS AND CARTONS.
    4) VENDORS MUST FAX COPY OF A PACKING LIST, COC's, INVOICE
       OR SHIPPING NOTICE FOR EACH SHIPMENT TO 636-685-1008.
    5) ALL SHIPMENTS MUST BE ACCOMPANIED BY A COMMERICAL
       INVOICE.  FAILURE TO DO SO WILL RESULT IN A CHARGEBACK.
       PLEASE FAX COMMERICAL INVOICE TO STAN AT AQUA EXPORT
       FAX #803-396-2783.  TOTAL VALUE OF THE MERCHANDISE MUST
       BE DECLARED AND MUST CORRESPOND TO THE COMMERCIAL INVOICE
    5)On solids - FORWARD SEVERAL SWATCHES REPRESENTATIVE OF THE
       SHADE BAND TO THE ST. CHARLES OFFICE.
    6)On prints - SEND A 12" FULL-LENGTH WIDTH SWATCH TO THE
       ST. CHARLES OFFICE
    7)The 1222 & COUNTRY OF ORIGIN CERTIFICATE, TEST REPORT, &
       VISUAL QUALITY INSPECTION REPORT FOR FABRIC MUST BE SENT
       TO THE ST. CHARLES OFFICE PRIOR TO PROCESSING INVOICE FOR
       PAYMENT.
    8) PROPPER INTERNATIONAL RESERVES THE RIGHT TO PROCEED WITH
       CURING FOR DEFECTS FOUND DURING THE PRODUCTION PROCESS
       (AFTER SAMPLING INSPECTION)
    9) SUPPLIER MUST INFORM PURCHASING DEPT IN WRITING OF ANY
       INABILITY TO COMPLY WITH REQUESTS ON FACE OF ORDER
       CONCERNING MATERIAL ORDER PROCESSING.
   10) PROPPER'S QTY VARIANCE THAT IS ACCEPTABLE IS -0 +5%.
       ANY QTY SHORT OF THE ORDER QTY IS NOT ACCEPTED AND
       ONLY FIVE PERCENT OVERAGE IS PERMITTABLE.
   11)PROPPER INTERNATIONAL TERMS AND CONDITIONS ARE PART OF
       THIS PURCHASE ORDER.  PLEASE REQUEST A COPY IF NEEDED.
```

file://C:\Documents and Settings\ken\Local Settings\Temporary Internet Files\OLK177F\PPS601EM1.htm    6/1/2007

SECRET-COUNSEL'S EYES ONLY

BR02880

```
========================================================================
Propper International Live 001/100 **  PURCHASE ORDER  **     Page    3
========================================================================
PRINTOUT DATE.. 06/01/07
BUYER......       ████████ , Purchasing
APPROVED BY ..  TONK              DATE      ORDER NO/REV  SUPPLIER
                                  05/31/07  2029932 /     B010Q4

------------------------------------------------------------------------
   POS ITEM NUMBER    EDIT    QUANTITY U/M   UNIT PRICE  DISCNT   LINE-AMOUNT
       SUPPL ITEM NO                                     PUN  DEL DATE
------------------------------------------------------------------------
                                      ORDER VALUE........   ████████
```

*Secret Counsel Eyes Only*

SECRET-COUNSEL'S EYES ONLY                                            BR02881

**Exhibit C**



## REQUEST FOR AND RESULTS OF TESTS

**1. TO:** US Army Soldiers Center
ATTN: AMSRD – NSC – 1P – A
Rachel Matuszek (rachel.matuszek@us.army.mil)
Melanie King (melanie.king@us.army.mil)
508-233-5468   Fax: 508-233-4164
Kansas Street
Natick Mass. 01760

**2. FROM:** William H. Lewis  DCM-APOH
william.lewis@dcma.mil
401-781-8776 / Fax: 467-9190
DCMDE - PPOH
1 Narragansett Street / Room 7E
Providence RI 02905-4233

**3. PRIME CONTRACTOR:**
Atlantic Diving Supply Incorporated
477 Viking Drive, Suite 350
Virginia Beach, Va. 23452-7369
CONTRACT NUMBER: W911QY-07-D-0003

**4. MANUFACTURING PLANT NAME & ADDRESS:**
Kenyon Industries (401-364-3400 X164 / FAX: 364-6130)
kmoore@kenyonindustries.net
PO Box 115
Shannock RI 02875

| 5. END ITEM / PROJECT | 6. SAMPLE # | 7. LOT # | 8. REASON FOR SUBMITTAL |
|---|---|---|---|
| Jacket, Soft Shell, Cold Weather, Gen III | 1 | 14 | Shade Evaluation |

**9. MATERIAL TO BE TESTED**
Cloth, Nylon, Nylon Spandex, Plain Weave Stretch
Shell Material

**10. QTY SUBMITTED**
8 Swatches

**11. QTY REPRESENTED**
1,750 Yards

**12. SPECIFICATION & AMENDMENT and/or DRAWING REVISION and DATE**
GL/PD 06-05, 1/19/07

| 13. PURCHASED FROM or SOURCE | 14. SHIP MTHD | 15. DATE SAMPLED & SUBMITTED |
|---|---|---|
| Brookwood Corporation 25 West 45th Street New York, NY 10036 | US Mail | William H. Lewis, 8/28/07 |

**16. REMARKS and /or SPECIAL INSTRUCTIONS:**
Lot Roll Size:   15
Standard Shade Sample: Universal Camouflage, Roll 3729 (3741) Pattern 2-1-2519
Contracting Officer: Darlene Rideout, 508-233-4125, Fax 508-233-4906
SEND REPORT OF TEST TO: Address indicated in Blocks 2, 1, 2, 4

## 18. SECTION B - RESULTS OF TESTS

| 1. DATE SAMPLE RECEIVED | 2. DATE RESULTS REPORTED | 3. LAB REPORT NUMBER |
|---|---|---|
| 5 sep 07 | 19 Sep 07 | 86862 |

| TEST PERFORMED | RESULTS OF TEST | SAMPLE RESULT | REQUIREMENTS |
|---|---|---|---|
| AATCC Evaluation procedure 9 performed against standard roll # 3729 | | | |
| | The samples representing this lot are acceptable | | |

**DATE**
19 Sep 07

**TYPED NAME, TITLE, and SIGNATURE of PERSON CONDUCTING TEST**
Rachel L Matuszek, Textile Technologist

DD FORM 1222 (PC Version)

SECRET-COUNSEL'S EYES ONLY

QLL #10695

Kenyon Industries, Inc.
36 Sherman Avenue
PO Box 115
Shannock, RI  02836

*ATTN: PAM (7 PAGES)*

9/26/2007

| | |
|---|---|
| Fabric Type: | Jacket, Soft Shell Cold Weather (GEN III) Basic Shell Material |
| Specification: | GL/PD 06-05 Table I 1/19/07 |
| Customer: | Brookwood Companies |
| Identification: | Universal Camouflage |
| Testing Completed: | September 13, 2007 |
| Samples: | R074319,070000987,070000994 |
| PO # | |

| | |
|---|---|
| Fabric Style: | Agility |
| Fabric Finish: | Storm-Tec X-Treme |
| Order No.: | BKM 75312,75313,F00131,F00133 |
| PO # | 2029932 |
| Total Yd.: | 11750 |
| Contract: | W911QY-07-D-0003 |
| Govt Lot: | 14 |
| Test Report #: | 0003/14/09#### |

| Test & units of Measure | Test Method | No. Detr. | 74319 | 07000987 | 07000994 | Specification Requirement |
|---|---|---|---|---|---|---|
| Fiber Identification | 3.5.1.1 | | Certificate of Compliance | | | Nylon and Spandex |
| Weave | 3.5.1.1 | | Certificate of Compliance | | | Plain Stretch |
| Fabric Count | 3.5.1.1 | | 100 x 66 | 100 x 66 | 100 x 66 | 95 x 60 Approximate Yarns per Inch |
| Resistance to Organic Liqid Initial | 4.6.5.1 | 3 | Pass Pass Pass | Pass Pass Pass | Pass Pass Pass | No Wetting |
| Blocking | 4.6.2 | 3 | 1 1 1 | 1 1 1 | 1 1 1 | Max rating of 2 |
| Breaking Strength Warp | ASTM D 5034 | 5 | 199 202 196 198 201 200 | 187 199 187 179 199 198 | 194 193 193 194 190 193 | 165 lbs. Min Objective 145 lbs Min Threshold |
| Breaking Strength Fill | ASTM D 5034 | | 138 146 143 146 141 144 145 136 142 | 154 151 158 151 146 155 149 154 152 | 153 149 140 140 141 147 147 152 146 | 130 lbs. Min |
| Water Penetration | 4.6.3 | 5 | 31.5 44.6 47.2 56.5 44.4 44.8 | 41.7 41.4 49.6 51.0 52.5 47.2 | 31.1 35.4 30.0 38.4 34.2 33.8 | No leakage below 30 cm |

Page 1

SECRET-COUNSEL'S EYES ONLY

BR02891

QLL #10695                                                                    9/26/2007

| | |
|---|---|
| Fabric Type: | Jacket, Soft Shell Cold Weather (GEN III)<br>Basic Shell Material |
| Specification: | GL/PD 06-05 Table I 1/19/07 |
| Customer: | Brookwood Companies |
| Identification: | Universal Camouflage |
| Testing Completed: | September 13, 2007 |
| Samples: | R074319,070000987,070000994 |
| PO # | |

| | |
|---|---|
| Fabric Style: | Agility |
| Fabric Finish: | Storm-Tec X-Treme |
| Order No.: | BKM 75312,75313,F00131,F00133 |
| PO # 2029932 | |
| Total Yd.: | 11750 |
| Contract: | W911QY-07-D-0003 |
| Gov't Lot: | 14 |
| Test Report #: | 0003/14/091307 |

| Test & units of Measure | Test Method | No. Detr. | 74319 | 07000987 | 07000994 | Specification Requirement |
|---|---|---|---|---|---|---|
| Elongation Warp | ASTM D 5034 | 5 | 49 | 44 | 47 | 45-55% Objective |
| | | | 51 | 47 | 46 | 40-60% Threshold |
| | | | 50 | 44 | 48 | |
| | | | 50 | 43 | 47 | |
| | | | 53 | 49 | 46 | |
| | | | 51 | 45 | 47 | |
| Elongation Fill | ASTM D 5034 | 8 | 76 | 81 | 79 | 80-100% Objective |
| | | | 79 | 80 | 70 | 70-120% Threshold |
| | | | 76 | 83 | 77 | |
| | | | 79 | 79 | 75 | |
| | | | 77 | 78 | 74 | |
| | | | 76 | 82 | 75 | |
| | | | 76 | 81 | 78 | |
| | | | 72 | 81 | 78 | |
| | | | 76 | 80 | 76 | |
| Moisture Vapor Transmission | ASTM E 96 Procedure B 4.8.1 4.6.1.1 | 5 | 611 | 637 | 637 | 1200 g/m2/24h Min Objective |
| | | | 600 | 611 | 623 | 600 g/m2/24h Min Threshold |
| | | | 600 | 602 | 678 | |
| | | | 630 | 677 | 832 | |
| | | | 600 | 659 | 856 | |
| | | | 620 | 648 | 728 | |
| Spray Rating Initial | 4.6.4.1 | | 100 | 100 | 100 | 100,100,90 |
| | | | 100 | 100 | 100 | |
| | | | 100 | 100 | 100 | |
| Spray Rating After 5 Launderings | 4.6.4.1 4.6.4.2 | 3 | 100 | 100 | 100 | 100,90,90 |
| | | | 100 | 100 | 100 | |
| | | | 100 | 100 | 100 | |
| Dimensional Stability Warp | AATCC 96 Opt 1 C | 9 | 0.8 | 1.2 | 1.2 | 5.5 % Max |
| | | | 1.2 | 1.4 | 1.0 | |
| | | | 1.0 | 1.2 | 1.0 | |
| | | | 1.0 | 1.2 | 1.0 | |
| | | | 1.4 | 1.4 | 1.2 | |
| | | | 1.2 | 1.2 | 1.0 | |
| | | | 1.4 | 1.4 | 1.0 | |
| | | | 1.4 | 1.2 | 1.0 | |
| | | | 1.0 | 1.8 | 0.8 | |
| | | | 1.2 | 1.3 | 1.0 | |

Page 2

SECRET-COUNSEL'S EYES ONLY

QLL #10695                                                                      9/26/2007

| | | |
|---|---|---|
| Fabric Type: | Jacket, Soft Shell Cold Weather (GEN III)<br>Basic Shell Material | Fabric Style: Agility<br>Fabric Finish: Storm-Tec X-Treme |
| Specification: | GL/PD 06-05 Table I 1/19/07 | Order No.: BKM 75312,75313,F00131,F00133 |
| Customer: | Brookwood Companies | PO # 2029932 |
| Identification: | Universal Camouflage | Total Yd.: 11750 |
| Testing Completed: | September 13, 2007 | Contract: W911QY-07-D-0003 |
| Samples: | R074319,070000967,070000994 | Govt Lot: 14 |
| PO # | | Test Report #: 0003/14/091307 |

| Test & units of<br>Measure | Test<br>Method | No.<br>Detr. | 74319 | 07000967 | 07000994 | Specification<br>Requirement |
|---|---|---|---|---|---|---|
| Dimensional Stability | AATCC 96 | 9 | 1.4+ | 1.8+ | 1.2+ | 5.0 % Max |
| Fill | Opt 1 C | | 1.2+ | 1.8+ | 1.2+ | |
| | | | 1.4+ | 1.6+ | 1.4+ | |
| | | | 1.4+ | 1.8+ | 1.2+ | |
| | | | 1.2+ | 1.8+ | 1.0+ | |
| | | | 1.4+ | 1.6+ | 1.0+ | |
| | | | 1.2+ | 1.8+ | 0.8+ | |
| | | | 1.0+ | 1.8+ | 1.0+ | |
| | | | 1.2+ | 1.4+ | 1.0+ | |
| | | | 1.3+ | 1.6+ | 1.1+ | |
| Dynamic Absorption | AATCC 70 | 2 | 24.0 | 24.7 | 22.8 | 4.0% Max Objective |
| | | | 22.4 | 24.8 | 22.5 | 25.0% Max Threshold |
| | | | 23.2 | 24.7 | 22.8 | |
| Air Permeability | ASTM D 737 | 5 | 0.00 | 0.00 | 0.00 | 5 cfm Max |
| | | | 0.00 | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | 0.00 | |
| | | | | 0.00 | 0.00 | |
| Colorfastness to Crocking<br>Dry | AATCC 8 | 1 | 5.0 | 5.0 | 5.0 | Equal to or better than 3.5 |
| Colorfastness to Crocking<br>Wet | AATCC 8 | 1 | 5.0 | 5.0 | 5.0 | Equal to or better than 3.5 |
| Colorfastness to Laundering | 4.6.9.1 | 1 | 5.0 | 5.0 | 5.0 | Equal to or better than 3-4 |
| Colorfastness to Light | 4.6.9.1.2 | 1 | 5.0 | 5.0 | 5.0 | Equal to or better than 3-4 |
| Stiffness @ 32°F | ASTM D 747<br>2/3/ | 5 | 0.0003 | 0.0004 | 0.0003 | .001 in-lbs. Max Objective |
| | | | 0.0003 | 0.0004 | 0.0003 | .002 in-lbs. Max Threshold |
| | | | 0.0003 | 0.0003 | 0.0004 | |
| | | | 0.0004 | 0.0003 | 0.0003 | |
| | | | 0.0003 | 0.0003 | 0.0003 | |
| | | | 0.0003 | 0.0003 | 0.0003 | |
| Stiffness @ 70°F | ASTM D 747<br>3/ | 5 | 0.0003 | 0.0002 | 0.0003 | .001 in-lbs. Max Objective |
| | | | 0.0002 | 0.0003 | 0.0004 | .002 in-lbs. Max Threshold |
| | | | 0.0002 | 0.0002 | 0.0004 | |
| | | | 0.0003 | 0.0002 | 0.0003 | |
| | | | 0.0002 | 0.0002 | 0.0002 | |
| | | | 0.0002 | 0.0002 | 0.0003 | |

Page 3

SECRET-COUNSEL'S EYES ONLY

CLL #10695                                                                              9/26/2007

| | | |
|---|---|---|
| Fabric Type: | Jacket, Soft Shell Cold Weather (GEN III) | Fabric Style:  Agility |
| | Basic Shell Material | Fabric Finish: Storm-Tec X-Treme |
| Specification: | GL/PD 06-05 Table I 1/19/07 | Order No.:  BKM 75312,75313,F00131,F00133 |
| Customer: | Brookwood Companies | PO # 2029932 |
| Identification: | Universal Camouflage | Total Yd.:  11750 |
| Testing Completed: | September 13, 2007 | Contract:  W911QY-07-D-0003 |
| Samples: | R074319,070000987,070000994 | Gov't Lot:  14 |
| PO # | | Test Report #: 0003/14/091307 |

| Test & units of Measure | Test Method | No. Detr. | 74319 | 07000987 | 07000994 | Specification Requirement | |
|---|---|---|---|---|---|---|---|
| Tearing Strength Warp | ASTM D 1424 | 5 | 10.4 | 10.4 | 11.3 | 8.0 lbs. Min | |
| | | | 10.9 | 11.2 | 10.8 | | |
| | | | 10.3 | 11.0 | 11.2 | | |
| | | | 10.1 | 9.7 | 10.3 | | |
| | | | 10.7 | 11.7 | 12.1 | | |
| | | | 10.5 | 10.8 | 11.1 | | |
| Tearing Strength Fill | ASTM D 1424 | 5 | 8.0 | 8.7 | 8.7 | 8.0 lbs. Min | |
| | | | 8.9 | 8.1 | 8.1 | | |
| | | | 8.5 | 8.2 | 8.10 | | |
| | | | 8.4 | 8.0 | 8.7 | | |
| | | | 8.2 | 8.6 | 8.6 | | |
| | | | 8.4 | 8.3 | 8.5 | | |
| Weight | ASTM D 3776 | 5 | 4.2 | 4.3 | 4.2 | 4.5 oz/sq yd Max Objective | |
| oz/sq yd | Method C | | 4.4 | 4.3 | 4.1 | 5.5 oz/sq yd Max Threshold | |
| | | | 4.3 | 4.3 | 4.1 | | |
| | | | 4.3 | 4.3 | 4.1 | | |
| | | | 4.3 | 4.3 | 4.2 | | |
| | | | 4.3 | 4.3 | 4.1 | | |
| Pattern Execution | 4.6.7 | 1 | 36.25 | 36.25 | 36.25 | 36.00 (+1.25/-2.50") | |
| Color | 4.6.6 | | Pass | Pass | Pass | Universal Camouflage | |
| Toxicity | 4.6.14 | | | Certificate of Compliance | | The finished cloth shall not present a dermal health hazard when used as intended. | |

| Urban Gray Initial Spectral Reflectance | Para 4.6.8 | | | | | Min | Max |
|---|---|---|---|---|---|---|---|
| | 600 | | 16.44 | 17.81 | 19.87 | 12 | 26 |
| | 620 | | 19.07 | 18.51 | 20.47 | 14 | 26 |
| | 640 | | 19.70 | 19.06 | 21.09 | 14 | 28 |
| | 660 | | 22.10 | 21.37 | 23.55 | 14 | 30 |
| | 680 | | 27.83 | 27.27 | 29.35 | 18 | 34 |
| | 700 | | 34.13 | 33.87 | 36.72 | 24 | 38 |
| | 720 | | 37.61 | 37.64 | 39.20 | 26 | 42 |
| | 740 | | 38.85 | 39.10 | 40.47 | 30 | 46 |
| | 760 | | 39.44 | 39.80 | 41.21 | 32 | 48 |
| | 780 | | 39.81 | 40.15 | 41.54 | 34 | 48 |
| | 800 | | 40.05 | 40.40 | 41.68 | 34 | 50 |
| | 820 | | 40.11 | 40.48 | 41.80 | 36 | 54 |
| | 840 | | 39.94 | 40.44 | 41.80 | 38 | 54 |
| | 860 | | 40.39 | 40.76 | 41.94 | 40 | 56 |

*out four or more wave lengths per sample column indicate failure

SECRET-COUNSEL'S EYES ONLY                                                                     BR02894

QLL #10895                                                              9/26/2007

| | | |
|---|---|---|
| Fabric Type: | Jacket, Soft Shell Cold Weather (GEN III) Basic Shell Material | Fabric Style: Agility Fabric Finish: Storm-Tec X-Treme |
| Specification: | GL/PD 06-05 Table I 1/19/07 | Order No.: BKM 75312,75313,F00131,F00133 |
| Customer: | Brookwood Companies | PO # 2029932 |
| Identification: | Universal Camouflage | Total Yd.: 11750 |
| Testing Completed: | September 13, 2007 | Contract: W911QY-07-D-0003 |
| Samples: | R074319,070000987,070000994 | Govt Lot: 14 |
| PO # | | Test Report #: 0003/14/091307 |

| Test & units of Measure | Test Method | No. Detr. | 74319 | 07000987 | 07000994 | Specification Requirement | |
|---|---|---|---|---|---|---|---|
| Urban Gray Laundered | | Para | | | | Min | Max |
| Spectral Reflectance | 600 | 4.6.8 | 20.26 | 20.16 | 21.47 | 12 | 26 |
| | 620 | 4.6.8.1 | 21.37 | 20.90 | 22.17 | 14 | 26 |
| | 640 | | 22.06 | 21.49 | 22.95 | 14 | 28 |
| | 660 | | 24.25 | 23.59 | 25.16 | 16 | 30 |
| | 680 | | 29.58 | 28.91 | 30.57 | 18 | 34 |
| | 700 | | 35.24 | 34.77 | 35.91 | 24 | 38 |
| | 720 | | 38.27 | 37.96 | 38.84 | 26 | 42 |
| | 740 | | 39.51 | 39.24 | 39.95 | 30 | 46 |
| | 760 | | 40.18 | 40.05 | 40.68 | 32 | 48 |
| | 780 | | 40.56 | 40.33 | 41.15 | 34 | 48 |
| | 800 | | 40.77 | 40.67 | 41.03 | 34 | 50 |
| | 820 | | 40.75 | 40.64 | 41.30 | 36 | 54 |
| | 840 | | 40.84 | 40.72 | 41.40 | 38 | 54 |
| | 860 | | 41.35 | 41.17 | 42.01 | 40 | 56 |

*out four or more wave lengths per sample column indicate failure

| | | | | | | Min | Max |
|---|---|---|---|---|---|---|---|
| Desert Sand Initial | | Para | | | | | |
| Spectral Reflectance | 600 | 4.6.8 | 33.23 | 32.44 | 34.29 | 28 | 42 |
| | 620 | | 33.65 | 32.84 | 34.76 | 30 | 44 |
| | 640 | | 33.87 | 32.88 | 34.95 | 34 | 50 |
| | 660 | | 35.52 | 34.92 | 37.05 | 38 | 59 |
| | 680 | | 43.10 | 42.28 | 44.47 | 44 | 63 |
| | 700 | | 53.73 | 52.87 | 54.61 | 46 | 69 |
| | 720 | | 59.84 | 61.33 | 62.25 | 48 | 71 |
| | 740 | | 63.79 | 66.12 | 66.48 | 48 | 76 |
| | 760 | | 66.21 | 68.71 | 69.03 | 50 | 80 |
| | 780 | | 67.72 | 70.58 | 70.74 | 54 | 80 |
| | 800 | | 68.77 | 71.57 | 71.69 | 54 | 80 |
| | 820 | | 69.16 | 72.06 | 72.22 | 54 | 80 |
| | 840 | | 69.02 | 72.00 | 71.89 | 56 | 82 |
| | 860 | | 69.58 | 72.58 | 72.42 | 56 | 62 |

*out four or more wave lengths per sample column indicate failure

Page 5

| | |
|---|---|
| Fabric Type: | Jacket, Soft Shell Cold Weather (GEN III) Basic Shell Material |
| Specification: | GL/PD 06-05 Table I 1/19/07 |
| Customer: | Brookwood Companies |
| Identification: | Universal Camouflage |
| Testing Completed: | September 13, 2007 |
| Samples: | R074319,070000987,070000994 |
| PO # | |

| | |
|---|---|
| Fabric Style: | Agility |
| Fabric Finish: | Storm-Tec X-Treme |
| Order No.: | BKM 75312,75313,F00131,F00133 |
| PO # | 2029932 |
| Total Yd.: | 11750 |
| Contract: | W911QY-07-D-0003 |
| Gov't Lot: | 14 |
| Test Report #: | 0003/14/091307 |

| Test & units of Measure | Test Method | No. Detr. | 74319 | 07000987 | 07000994 | Specification Requirement Min. | Max |
|---|---|---|---|---|---|---|---|
| Desert Sand Laundered Spectral Reflectance | 600 | Para 4.6.8 | 34.17 | 33.30 | 35.13 | 28 | 42 |
| | 620 | 4.6.8.1 | 34.49 | 33.68 | 35.53 | 30 | 44 |
| | 640 | | 34.76 | 33.75 | 35.72 | 34 | 50 |
| | 660 | | 38.92 | 35.88 | 37.92 | 38 | 59 |
| | 680 | | 44.17 | 43.22 | 45.38 | 44 | 63 |
| | 700 | | 53.93 | 53.67 | 55.51 | 46 | 69 |
| | 720 | | 60.96 | 61.81 | 63.11 | 48 | 71 |
| | 740 | | 64.97 | 66.60 | 67.37 | 48 | 76 |
| | 760 | | 67.64 | 69.54 | 70.24 | 50 | 80 |
| | 780 | | 69.18 | 71.51 | 71.91 | 54 | 80 |
| | 800 | | 70.25 | 72.64 | 73.96 | 54 | 80 |
| | 820 | | 70.46 | 72.98 | 73.52 | 54 | 80 |
| | 840 | | 70.76 | 73.30 | 73.43 | 56 | 82 |
| | 860 | | 71.42 | 74.29 | 74.55 | 56 | 82 |

*out four or more wave lengths per sample column indicate failure

| Foliage Green Initial Spectral Reflectance | 600 | Para 4.6.8 | 11.71 | 11.30 | 11.69 | 8 | 18 |
|---|---|---|---|---|---|---|---|
| | 620 | | 12.24 | 11.82 | 12.19 | 8 | 18 |
| | 640 | | 12.90 | 12.41 | 12.74 | 8 | 20 |
| | 660 | | 13.85 | 14.16 | 14.54 | 10 | 26 |
| | 680 | | 19.01 | 17.90 | 18.51 | 10 | 26 |
| | 700 | | 23.21 | 21.49 | 22.45 | 12 | 28 |
| | 720 | | 25.08 | 23.13 | 24.30 | 16 | 30 |
| | 740 | | 25.67 | 23.53 | 24.83 | 16 | 30 |
| | 760 | | 25.81 | 23.67 | 25.03 | 18 | 32 |
| | 780 | | 25.93 | 23.80 | 25.07 | 18 | 34 |
| | 800 | | 25.93 | 23.82 | 25.16 | 20 | 36 |
| | 820 | | 25.78 | 23.72 | 25.09 | 22 | 38 |
| | 840 | | 25.82 | 23.66 | 25.00 | 24 | 40 |
| | 860 | | 26.12 | 23.84 | 25.31 | 26 | 42 |

*out four or more wave lengths per sample column indicate failure

Page 6

SECRET-COUNSEL'S EYES ONLY

BR02896

QLL #10695

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fabric Type: | Jacket, Soft Shell Cold Weather (GEN III) | | | | Fabric Style: | Agility | | |
| | Basic Shell Material | | | | Fabric Finish: | Storm-Tec X-Treme | | |
| Specification: | GL/PD 06-05 Table I 1/19/07 | | | | Order No.: | BKM 75312,75313,F00131,F00133 | | |
| Customer: | Brookwood Companies | | | | PO # 2029932 | | | |
| Identification: | Universal Camouflage | | | | Total Yd.: | 11750 | | |
| Testing Completed: | September 13, 2007 | | | | Contract: | W911QY-07-D-0003 | | |
| Samples: | R074319,070000987,070000994 | | | | Gov't Lot: | 14 | | |
| PO # | | | | | Test Report #: | 0003/14/081307 | | |

| Test & units of Measure | Test Method | No. Detr. Para | 74319 | 07000987 | 07000994 | Specification Requirement | |
|---|---|---|---|---|---|---|---|
| | | | | | | Min | Max |
| Foliage Green Laundered | 600 | 4.6.6 | 13.35 | 12.64 | 13.29 | 6 | 18 |
| Spectral Reflectance | 620 | 4.6.6.1 | 14.05 | 13.25 | 13.64 | 6 | 18 |
| | 640 | | 14.85 | 13.97 | 14.36 | 8 | 20 |
| | 660 | | 16.77 | 15.65 | 16.04 | 10 | 26 |
| | 680 | | 20.68 | 19.00 | 19.66 | 10 | 26 |
| | 700 | | 24.34 | 22.09 | 23.09 | 12 | 28 |
| | 720 | | 25.88 | 23.42 | 24.62 | 16 | 30 |
| | 740 | | 26.35 | 23.74 | 25.04 | 16 | 30 |
| | 760 | | 26.61 | 23.94 | 25.31 | 18 | 32 |
| | 780 | | 26.73 | 24.05 | 25.43 | 18 | 34 |
| | 800 | | 26.78 | 24.09 | 25.46 | 20 | 36 |
| | 820 | | 26.66 | 24.07 | 25.38 | 22 | 38 |
| | 840 | | 26.73 | 23.92 | 25.42 | 24 | 40 |
| | 860 | | 26.84 | 24.33 | 25.66 | 26 | 42 |

*out four or more wave lengths per sample column indicate failure

I certify that the above test results were performed under my supervision in accordance with the specification test requirements and that the test results are true, valid and applicable to the supplies tendered. I further certify that these samples were the only samples tested from the lot of components identified above.

Signed: _[signature]_                    09/26/07

I certify that the samples tested above were randomly selected and represent the lot of components identified above and that the test results in this report are submitted as representing testing performed.

Signed: _Joanne Bagley_                    09/26/07

Page 7

SECRET-COUNSEL'S EYES ONLY

BR02897