# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Thomas J. Parker     Direct Dial: 212-210-9529     E-mail: thomas.parker@alston.com

June 30, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

VIA UPS OVERNIGHT DELIVERY

Honorable Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, NY 10007

    Re:    *Nextec Applications, Inc. v. Brookwood Companies, Inc. and The Hallwood Group, Inc.*, 07 CV 6901 (THK) (RJH) (S.D.N.Y.)

Dear Magistrate Judge Katz:

    We represent Brookwood Companies, Inc. ("Brookwood") in the above-named litigation. We respectfully request that Amy Suzanne Manning be withdrawn as Counsel of Record in this case. The law firm of Alston & Bird will remain as counsel for Brookwood. We respectfully request that the Court instruct the Docket Clerk to terminate Ms. Manning's association with this case.

So ordered.

Respectfully submitted,

Thomas J. Parker

7/1/08

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record (via email and first class mail)

---

Atlanta • Charlotte • Dallas • New York • Research Triangle • Washington, D.C.