IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

Nextec Applications, Inc. )
)
    Plaintiff )  ECF Case 07 CV 6901 (RJH) (THK)
)
v. )
)
Brookwood Companies, Inc. )
)
    Defendant. )
)

**[PROPOSED] ORDER EXTENDING DISCOVERY SCHEDULE**

This matter having come before the Court upon the parties stipulation and consent to extend the discovery schedule in order to allow for the orderly completion of discovery in light of scheduling conflicts and the availability of fact witnesses, and the Court having been fully advised by the parties' joint letter dated July, 2008 that they require additional time to complete discovery relating to the substantive issues of this litigation,

**IT IS HEREBY ORDERED** this _14th_ day of July, 2008, that the deadlines set forth in the Scheduling Order dated April 22, 2008, are extended as follows:

    i. Fact discovery completion date: August 15, 2008

    ii. Date for Rule 26(a)(2) disclosures: September 19, 2008

    iii. Date for delivery of expert reports: September 19, 2008

    iv. Date for delivery of rebuttal expert reports: October 20, 2008

    v. Expert discovery completion date: November 21, 2008

    vi. Date for filing dispositive motions: November 21, 2008

Dated: _July 14, 2008_            _____
                                                               Honorable Theodore H. Katz