UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NEXTEC APPLICATIONS, INC.,
a Georgia corporation,

        Plaintiff,

v.

BROOKWOOD COMPANIES, INC.,
a Delaware Corporation.

        Defendant.
-----------------------------------------------------------x

ECF Case 07-CV-6901 (RJH)

**STIPULATION TO AMEND
THE PROTECTIVE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled action, that the Stipulated Protective Order be amended to explicitly cover and protect discovery produced by third parties to the above-entitled action. Specifically, the Stipulated Protective Order entered by this Court on January 7, 2008 be amended as follows:

21.    The protections afforded by this Order shall also apply to documents requested from third parties pursuant to subpoena in this action. Parties from whom documents are requested may designate any responsive documents in accordance with the provisions of Paragraphs 2-3 and all rights and protections afforded by this Order shall apply to documents designated in this manner.

Respectfully submitted,

_/s/ Charles A. LeGrand_

Charles A. LeGrand (CL-5320)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
Rockefeller Plaza, Suite 2400
New York, New York 10112
(212) 332-3800 (phone)
(212) 332-3888 (fax)

Amar L. Thakur, Esq.
Daniel N. Yannuzzi, Esq.
Jon E. Maki, Esq.
Michael Murphy, Esq.
12275 El Camino Real, Suite 200
San Diego, CA 92130
Telephone:   (858) 720-8900
Facsimile:   (858) 509-3691

Attorneys for Plaintiff
NEXTEC APPLICATIONS, INC

Dated: July 25, 2008

_/s/ Thomas J. Parker_

Thomas J. Parker (TP-7219)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

Blas J. Arroyo, Esq.
ALSTON & BIRD LLP
Bank of America Plaza
101 S. Tryon St., Suite 4000
Charlotte, NC 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Attorneys for Defendant
BROOKWOOD COMPANIES, INC.

Dated:

7/29/08

SO ORDERED:

_____
Honorable Theodore H. Katz