UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
NEXTEC APPLICATIONS, INC.,
a Georgia corporation,

           Plaintiff,                    ECF Case 07-CV-6901 (RJH)

       v.

BROOKWOOD COMPANIES, INC.,        **STIPULATION AND**
a Delaware Corporation.                      **ORDER TO EXTEND**
                                                    **BRIEFING SCHEDULE**

          Defendant.
------------------------------------------------------------x

    WHEREAS, the close of fact discovery has been extended to August 15, 2008;

    WHEREAS, Plaintiff has been seeking third-party discovery related to Defendant's Motion for Partial Summary Judgment and has served several third-party subpoenas in May 2008; and

    WHEREAS, to date, Plaintiff has had difficulty collecting the sought after third-party information and Plaintiff believes that it may be able to collect this information by August 15, 2008;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-entitled action, that the briefing schedule for Plaintiff's Opposition to Defendant's Motion For Partial Summary Judgment, filed June 30, 2008, be extended to August 15, 2008 and Defendant's Reply to that opposition be



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

extended to September 1, 2008. Accordingly, the parties stipulate and agree that the briefing schedule be amended as follows:

- Plaintiff shall file opposition papers by August 15, 2008.

- Defendant shall file reply papers, if any, by September 2, 2008.

- All other dates shall remain unchanged.

_____
Charles A. LeGrand (CL-5320)
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
Rockefeller Plaza, Suite 2400
New York, New York 10112
(212) 332-3800 (phone)
(212) 332-3888 (fax)

Amar L. Thakur, Esq.
Daniel N. Yannuzzi, Esq.
Jon E. Maki, Esq.
Michael Murphy, Esq.
12275 El Camino Real, Suite 200
San Diego, CA 92130
Telephone:   (858) 720-8900
Facsimile:   (858) 509-3691

Attorneys for Plaintiff
NEXTEC APPLICATIONS, INC

Dated: July 28, 2008

_____
Thomas J. Parker
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

Blas J. Arroyo, Esq.
ALSTON & BIRD LLP
Bank of America Plaza
101 S. Tryon St., Suite 4000
Charlotte, NC 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Attorneys for Defendant
BROOKWOOD COMPANIES, INC.

Dated: July 28, 2008


SO ORDERED:

_____
Honorable Richard J. Holwell
United States District Judge

Dated: July 3̲0̲, 2008
New York, New York