USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEXTEC APPLICATIONS, INC.,

                 Plaintiff,

-against-

BROOKWOOD COMPANIES, INC.,

                 Defendant.

07 Civ. 6901 (RJH)

**ORDER**

---

A telephonic conference in this matter shall be held on August 7, 2008, at 11:30 a.m. Plaintiff's counsel shall initiate the call to the Chambers of the Honorable Richard J. Holwell. The telephone number for Chambers is (212) 805-0256.

SO ORDERED.

Dated: New York, New York
       July 30, 2008

                                               Richard J. Holwell
                                               United States District Judge