UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08
```

NEXTEC APPLICATIONS,

                      Plaintiff,

-against-

BROOKWOOD COMPANIES, et al.,

                      Defendants.

07 Civ. 06901 (RJH)

**ORDER**

For the reasons stated in the telephone conference between the parties and the Court on August 7, 2008, plaintiff's motion to amend its complaint is GRANTED. The parties shall either jointly submit a revised discovery schedule to the Court by August 28, 2008, or, in the event the parties cannot agree, submit competing discovery schedules by the same date for the Court's election.

SO ORDERED.

Dated: New York, New York
        August 7, 2008

                                                    Richard J. Holwell
                                                  United States District Judge