CHARLES A. LeGRAND (CL-5320)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888

-and-

AMAR L. THAKUR, Cal. Bar No. 194025 (*Pro Hac Vice*)
DANIEL N. YANNUZZI, Cal. Bar No. 196612 (*Pro Hac Vice*)
JON E. MAKI, Cal. Bar No. 199958 (*Pro Hac Vice*)
MICHAEL MURPHY, Cal. Bar No. 234695 (*Pro Hac Vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Attorneys for Plaintiff
NEXTEC APPLICATIONS, INC.

**CONTAINS CONFIDENTIAL INFORMATION TO BE FILED UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER SO ORDERED JANUARY 7, 2008**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXTEC APPLICATIONS, INC., a Georgia corporation,<br><br>           Plaintiff,<br><br>v.<br><br>BROOKWOOD COMPANIES, INC., a Delaware corporation,<br><br>           Defendant. | Case No. 07CV6901 (RJH)(THK)<br><br>**DECLARATION OF CHARLES A. LeGRAND IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER 28 U.S.C. 1498(a)** |

**REDACTED FOR PUBLIC FILING**

## DECLARATION OF CHARLES A. LeGRAND

I, Charles A. LeGrand, say and declare:

1. I am an attorney duly admitted before this Court and counsel for plaintiff Nextec Applications, Inc. in the above-captioned matter. I make the following statements of my own personal knowledge and would and could testify thereto if sworn as a witness at trial.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Michael S. O'Keefe [pages 89-91, 154-155].

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the Deposition of Frank C. Montie [pages 81-82, 92-93, 219-221, 224-232].

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the Deposition of Barbara Rell-Young. [pages 90-91, 171, 176-178, 214]

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the Deposition of Larry Ellis. [page 226]

6. Attached as Exhibit 5 is a true and correct copy of correspondence dated February 24, 2006 ██████████████████████████████████████. [BR15489-15494].

7. Attached as Exhibit 6 is a true and correct copy of correspondence dated February 27, 2006 ██████████████████████████████████████ [BR10308].

8. Attached as Exhibit 7 is a true and correct copy of correspondence dated February 27, 2006 ██████████████████████████████████████ [BR10309].

**REDACTED FOR PUBLIC FILING**

9. Attached as Exhibit 8 is a true and correct copy of correspondence dated March 10, 2006 ████████████████████████████████ ████████████. [BR10508-09].

10. Attached as Exhibit 9 is a true and correct copy of an excerpt from the webpage of ORC Industries, Inc., printed on March 3, 2008.

11. Attached as Exhibit 10 is a true and correct copy of an email ████████ ████████████████████████████████████████████████

12. Attached as Exhibit 11 is a true and correct copy of excerpts from the webpage of Atlantic Diving Supply, Inc. (a/k/a ADS, Inc.), printed on July 29, 2008.

13. Attached as Exhibit 12 is a true and correct copy of a receipt showing purchase of an ECWCS Level VII parka and ECWCS Level V soft-shell jacket from Atlantic Diving Supply, Inc. (a/k/a ADS, Inc.) and a photograph of the label from Level VII parka. The Level V jacket has label indicating that Propper International, Inc. is the manufacturer of the garment. And the Level VII parka has a label indicating that DJ Manufacturing Corp. is the manufacturer of the garment.

14. Attached as Exhibit 13 is a true and correct copy of excerpts from the Deposition of David Fredella, Chief Executive Officer of Sterlingwear of Boston, Inc. [pages 16, 20-21, 25-27, 54-55.]

15. Attached as Exhibit 14 is a true and correct copy of a document identified as ████████████████████████████████████████ ████████████████████████ [BR03433-3436].

16. Attached as Exhibit 15 is a true and correct copy of a letter submitted from counsel for Nextec Applications, Inc. to the Court dated March 6, 2008

**REDACTED FOR PUBLIC FILING**

17.     Attached as Exhibit 16 is a true and correct copy of certain purchase orders and related shipping documentation. [BR04032-59]

18.     Attached as Exhibit 17 is a true and correct copy of certain Commercial Invoices ███████████████████████████████, dated November 9, 2007 and November 20, 2007.

I declare under penalty of perjury under the federal law of the United States that the foregoing is true and correct. Executed on August 15, 2008, at New York, New York.

_____
Charles A. LeGrand

**REDACTED FOR
PUBLIC FILING**