# EXHIBIT 4

# FILED UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER SO ORDERED JANUARY 7, 2008