# **EXHIBIT 9**

Breathable Windshirts :: Military Outerwear :: Protective Combat Uniforms

Page 1 of 2

# ORC Military Outerwear

Call (866) 222-2887
Sale Specials

Home | Products | ORC Corporate | Military Pricing | About Us | Contact Us    View Cart

Modified Combat Uniform    Windshirt    Soft Shell Jacket/Trouser    Tents    Hard Shell Rain Suits    Ponchos    Field Tarpaulins    Hats    Fabric

### MCU Level 5 Softshell Jacket Universal Camouflage



Enlarge

**Item:** MCU Level 5 Softshell Jacket Universal Camouflage
**Description:** The MCU softshell jacket and trousers is a new design by ORC Industries. The MCU softshell jacket and trousers is offered by ORC as a cost effective alternative or upgrade to the existing PCU Level 5 softshell.
**Details:** The Soft Shell Jacket and Trouser is designed to be worn in combination with various base layer garments as well as the Windshirt when additional warmth and water resistance is required. This mid-weight layer is made using a high-tech, stretch nylon soft shell fabric that is water repellent, breathable and also windproof. The fabric - "Agility" by the Brookwood Companies is engineered utilizing spandex for stretch, comfort and flexibility when worn in combination with other system layers. It is lightweight and packable and is designed to perform in a variety of environments and climates. The softshell jacket and trousers is available in universal camouflage and alpha green.

**Price:** $96.99

**Made in the USA.**

Select Size to add item to cart    View Size Chart
Current Available Sizes:
Small MCU Level 5 Jacket - Universal($96.99) - In Stock
Medium MCU Level 5 Jacket - Universal($96.99) - In Stock
Extra Large MCU Level 5 Jacket - Universal($96.99) - In Stock

http://www.herculeswear.com/product_view.asp?id=190

3/3/2008



Breathable Windshirts :: Military Outerwear :: Protective Combat Uniforms

Related Products

- MCU Level 5 Softshell Jacket Alpha Green
- MCU Level 5 Softshell Trouser Alpha Green
- MCU Level 5 Softshell Trouser Universal Camouflage
- MCU Level 4 Windshirt Alpha Green
- MCU Level 4 Windshirt Universal Camouflage

www.orand.com © 2008

Online Store Policies   ORC Corporate

WR Powered by Web-Rack.com

Page 2 of 2

http://www.herculeswear.com/product_view.asp?id=190

3/3/2008