# **EXHIBIT 11**

# ADS ONLINE STORE

**Tactical & Special Operational Equipment & Logistics Solutions**

800.948.9433

Order A Catalog | Contact Us | Email Sign Up

HOME | ABOUT ADS | CONTRACT INFO | LOGISTICS SOLUTIONS | LAW ENFORCEMENT | ONLINE CATALOG | ONLINE STORE

Thousands of Tactical Products Online to Keep You Mission-Ready.



HOME

Categories: All Products



(Go)    Advanced Search  Cart  Orders  Profile  Login  Register

## ADS ONLINE STORE
### THE EQUIPMENT YOU NEED TO GET THE JOB DONE.

**Welcome to the ADS Online Store**

If you are a civilian, don't sweat it! ADS offers our non-government/military customers the same broad spectrum of equipment at competitive prices. From eyewear and apparel to hydration systems and knives, ADS can provide you with the equipment you need to get the job done.

ADS is committed to doing everything in our power to provide the tactical equipment and logistics services you need to complete your mission. We are continuously adding products to our online store to keep you mission ready so if you can't find what you need, please contact us or call 1-866-845-3012, we will gladly provide any items you require.

**Browse**
- HOME
- Apparel
- Eyewear
- Cases & Containers
- Footwear
- GEN III ECWCS
- Headlamps
- Hydration
- Personal Protection
- Tactical Lighting
- Tools & Knives
- Weapons Sights/Scopes
- Weapons Maintenance

**Featured Product:**

Welcom
**Guest**
Login

Register

View Shop
No items

View Save
Carts

Customer's

Don't see
want ? Clic

Site: HOME



The ADS Online Store Features Products from leading manufacturers:

Page 2 of 2

Terms & Conditions
**HOME**
Sites | Cart | Order | Profile | Login | Register |

https://onlinestore.adstactical.com/OA_HTML/ibeCZzpHome.jsp?minisite=10101&respid=22372&grp=IBE_M_OTHER

7/29/2008