# EXHIBIT "F"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXTEC APPLICATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROOKWOOD COMPANIES, INC., )<br>and THE HALLWOOD GROUP, INC., )<br>)<br>Defendants. ) | Case No. 07 CV 6901 (RJH)<br><br>**NOTICE OF DEPOSITION TO<br>ATLANTIC DIVING SUPPLY, INC.** |

PLEASE TAKE NOTICE that, pursuant to Rules 30(b)(6) and 45, Fed. R.Civ.P., Defendant Brookwood Companies, Inc. ("Brookwood") will take the deposition of Atlantic Diving Supply, Inc. ("ADS") by the officer, director, managing agent, or other person who consents to testify on its behalf, with respect to the subject matter set forth below. The deposition will take place on August 14, 2008 at 10:00 a.m. at the offices of Womble Carlyle Sandridge & Rice PLLC, 8065 Leesburg Pike, Tysons Corner, VA 22182.

ADS has been requested to designate one or more officers, managing agents or other persons who consent to testify on its behalf and who is or are knowledgeable with respect to the general handling and disposition of garments manufactured from fabrics supplied by Brookwood Companies, Inc. in furtherance of Government Contract No. W911QY-07-D-0003.

The deposition will be taken for any use permitted by the Federal Rules of Civil Procedure and will be recorded by stenographic and audiovisual means. You are invited to attend and examine the witness(es) to the extent permitted by law.

LEGAL02/30901225v1

ALSTON & BIRD LLP

By: _____
Thomas J. Parker
Alston & Bird LLP
90 Park Avenue
New York, NY 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

Blas P. Arroyo
Alston & Bird LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, North Carolina 28280
Telephone: (704) 444-1000
Facsimile: (704) 444-1111

Attorneys for Defendant

BROOKWOOD COMPANIES, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the **NOTICE OF DEPOSITION TO ATLANTIC DIVING SUPPLY, INC.** was served on the plaintiff by depositing a copy thereof in the United States mail, post prepaid addressed to the following:

Charles LeGrand
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112

Amar L. Thakur
Jon E. Maki
Michael Murphy
Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130

This 5th day of August, 2008.

_____
By Counsel