# EXHIBIT "G"

CHARLES A. LEGRAND (CL-5320)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888

-and-

AMAR L. THAKUR, Cal. Bar No. 194025
DANIEL N. YANNUZZI, Cal. Bar No. 196612
JON E. MAKI, Cal. Bar No. 199958
MICHAEL MURPHY, Cal. Bar No. 234695
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Attorneys for Plaintiff
NEXTEC APPLICATIONS, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXTEC APPLICATIONS, INC., a Georgia corporation,<br><br>Plaintiff,<br><br>v.<br><br>BROOKWOOD COMPANIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 07CV6901 (RJH)<br><br>**PLAINTIFF'S OBJECTION TO DEFENDANT'S NOTICE OF DEPOSITION OF ATLANTIC DIVING SUPPLY, INC.** |

Plaintiff Nextec Applications, Inc. ("Nextec"), hereby objects to Defendants' Notice of Deposition of Atlantic Diving Supply, Inc. ("ADS") (the "Notice") as stated below:

## OBJECTION TO NOTICE OF DEPOSITION

1.      Plaintiff objects to the Notice on grounds that the deposition is noticed for Thursday, August 14, 2008 in Tysons Corner, Virgina, the same day as Nextec's 30(b)(6) deposition of Brookwood in New York, New York. Throughout this case, Brookwood has insisted that depositions not be "double tracked" and to date Nextec has never gone forward with multiple depositions in different locations on the same day as a result of Brookwood's objections. Nextec's 30(b)(6) deposition of Brookwood has not been taken off calendar or rescheduled and will proceed as scheduled on August 14, 2008. The ADS deposition should be taken off calendar as violative of the parties' agreement not to double track depositions.

2.      Plaintiff objects to the Notice on grounds that it does not provide reasonable and sufficient notice to Plaintiff under Federal Rule of Civil Procedure Rule 30. Furthermore, Brookwood's notice and chosen deposition date does not provide sufficient time for any testimony given at the ADS deposition to be used by Nextec in its opposition to Brookwood's motion for partial summary judgment, due August 15, 2008, but would allow Brookwood to use such testimony in its reply to that opposition. The timing and undue delay of the Notice is intentionally calculated to prejudice Nextec and create an unfair advantage to Brookwood.

3.      Plaintiff objects to the Notice on the grounds that it has already initiated a subpoena, including document requests and deposition appearance, to ADS. As Brookwood is aware, ADS has objected to Nextec's subpoena and has not yet produced documents pursuant to it. Nextec continues to work with ADS to achieve an acceptable scope of the subpoenaed documents. If such an agreement cannot be reached, Nextec may be forced to file a motion to compel production. Brookwood's deposition notice attempts to supersede Nextec's subpoena despite the fact that such a deposition would be wholly incomplete and fruitless without prior production of documents called for in Nextec's subpoena duces tecum. Nextec's subpoena takes priority over Brookwood's notice for the parties' and witnesses' convenience, the principle of judicial economy and the interests of justice which support that ADS should not be dragged into deposition twice when Brookwood currently has notice that essential

documents have not been produced. Nextec will seek a protective order and/or the costs associated with an additional attorney's time and expense for attending the deposition noticed for the exact same date and time as Nextec's 30(b)(6) deposition and with the additional expense of having to re-depose ADS after receiving the subpoenaed documents.

Dated: San Diego, California
       August 7, 2008

        Respectfully submitted,

        SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: _____
    CHARLES A. LEGRAND (CL-5320)

        30 Rockefeller Plaza, Suite 2400
        New York, New York 10112
        Telephone:  (212) 332-3800
        Facsimile:  (212) 332-3888
        E-mail:  clegrand@sheppardmullin.com

        -and-

        AMAR L. THAKUR (admitted *pro hac vice*)
        DANIEL N. YANNUZZI (admitted *pro hac vice*)
        JON E. MAKI (admitted *pro hac vice*)
        MICHAEL MURPHY (admitted *pro hac vice*)
        12275 El Camino Real, Suite 200
        San Diego, CA 92130
        Telephone:  (858) 720-8900
        Facsimile:  (858) 509-3691
        E-mail:  athakur@sheppardmullin.com
                jmaki@sheppardmullin.com
                mmurphy@sheppardmullin.com

        Attorneys for Plaintiff
        NEXTEC APPLICATIONS, INC.