# **<u>EXHIBIT 1</u>**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
NEXTEC APPLICATIONS, INC.,                :
a Georgia corporation,                    :
                                          :
              Plaintiff,                  :   ECF Case 07-CV-6901 (RJH)(THK)
                                          :
         v.                               :
                                          :   **[PROPOSED] ORDER
BROOKWOOD COMPANIES, INC.,                :   STRIKING THE
a Delaware Corporation.                   :   DECLARATION OF FRANK
                                          :   MONTIE**
              Defendant.                  :
---------------------------------------------------------------x

Having duly considered Parties' arguments and the evidence before the Court, the Court hereby finds that Paragraph 9, sentences 2-4; Paragraph 11, sentences 1 and 3; and Paragraph 12, sentences 1-3 of the Declaration of Frank Montie [Docket No. 47] fail to comply with the Federal Rules of Civil Procedure and the Federal Rules of Evidence. Accordingly, the Court **HEREBY STRIKES** from the record those sentences of the Declaration of Frank Montie [Docket No. 47].

SO ORDERED:

Dated: New York, New York

_____          _____
                                         Honorable Richard J. Holwell
                                         United States District Judge