USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEXTEC APPLICATIONS, INC., )
)
Plaintiff, )
)
v. )   Case No. 07 CV 6901 (RJH) (THK)
)
BROOKWOOD COMPANIES, INC., )   **SCHEDULING ORDER**
)
Defendant. )

Pursuant to the Order entered in this matter on August 12, 2008, counsel for the parties conferred and agreed upon the schedule as set forth below. Accordingly, the Court establishes the following schedule in accordance with the parties' agreement as follows:

i. Fact discovery completion date: November 14, 2008

ii. Date for Rule 26(a)(2) disclosures: January 16, 2009

iii. Date for delivery of opening expert reports: January 16, 2009

iv. Date for delivery of rebuttal expert reports: February 20, 2009

v. Expert discovery completion date: March 31, 2009

vi. Due date for filing dispositive motions: March 31, 2009

vii. A status conference shall be held on December 12, 2008 at 10am.

IT IS SO ORDERED on this the 3rd day of September, 2008.

Dated: 9/3/08    By: _____
Honorable Richard J. Holwell