**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NEXTEC APPLICATIONS, INC.,**<br>a Georgia corporation,<br><br>                  **Plaintiff,**<br><br>          -v-<br><br>**BROOKWOOD COMPANIES, INC.,**<br>a Delaware Corporation,<br><br><br>                **Defendant.** | **ECF Case 07 Civ. 06901(RJH)(THK)**<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:


     **PLEASE TAKE NOTICE**, that Charles A. LeGrand of Sheppard, Mullin, Richter &

Hampton LLP hereby appears as counsel in this matter for Plaintiff, Nextec Applications, Inc.

     I hereby certify that I am admitted to practice in this Court.



Dated: New York, New York       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       September 4, 2008

                                    By_____ s/Charles A. LeGrand
                                      Charles A. LeGrand

                                    30 Rockefeller Plaza, Suite 2400
                                    New York, New York 10112
                                    (212) 332-3800
                                    (212) 332-3888
                                    clegrand@sheppardmullin.com
                                    *Attorneys for Plaintiff Nextec Applications Inc..*