SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
(212) 332-3800 (phone)
(212) 332-3888 (fax)

Attorneys for Plaintiff
NEXTEC APPLICATIONS, INC.

**REDACTED FOR PUBLIC FILING**

**CONTAINS CONFIDENTIAL INFORMATION TO BE FILED UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER SO ORDERED JANUARY 7, 2008**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

NEXTEC APPLICATIONS, INC.,
a Georgia corporation,

        Plaintiff,

v.

BROOKWOOD COMPANIES, INC.,
a Delaware Corporation.

        Defendant.

-----------------------------------------------------------------x

ECF Case 07-CV-6901 (RJH)(THK)

**DECLARATION OF CHARLES A. LeGRAND IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE THE 30(B)(6) DEPOSITION TESTIMONY OF ATLANTIC DIVING SUPPLY AND SECTIONS OF THE AFFIDAVIT OF AMY S. COYNE AND IN THE ALTERNATIVE REQUEST FOR LEAVE TO FILE A SUR-REPLY**

## DECLARATION OF CHARLES A. LeGRAND

I, Charles A. LeGrand, say and declare:

1. I am an attorney duly admitted before this Court and counsel for plaintiff Nextec Applications, Inc. in the above-captioned matter. I make the following statements of my own personal knowledge and would and could testify thereto if sworn as a witness at trial.

2. Attached as Exhibit 1 is a true and correct copy of an indemnification letter agreement between

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the Deposition of            [pages 18, 27-28, 40, 65].

I declare under penalty of perjury under the federal law of the United States that the foregoing is true and correct. Executed on September 5, 2008, at New York, New York.

_____
Charles A. LeGrand

REDACTED FOR
PUBLIC FILING

**EXHIBIT 1**

# EXHIBIT 1

# FILED UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER SO ORDERED JANUARY 7, 2008

**EXHIBIT 2**

# EXHIBIT 2

# FILED UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER SO ORDERED JANUARY 7, 2008