SEAN J. KIRBY (SK-9511)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

STEPHEN S. KORNICZKY, Cal. Bar No. 135532 (*Pro Hac Vice*)
DANIEL N. YANNUZZI, Cal. Bar No. 196612 (*Pro Hac Vice*)
MICHAEL MURPHY, Cal. Bar No. 234695 (*Pro Hac Vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 200
San Diego, California 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Attorneys for Plaintiff
NEXTEC APPLICATIONS, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEXTEC APPLICATIONS, INC., a Georgia corporation,<br><br>Plaintiff,<br><br>v.<br><br>BROOKWOOD COMPANIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 07CV6901 (RJH)(THK)<br><br>**DECLARATION OF SEAN J. KIRBY IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE** |

# DECLARATION OF SEAN J. KIRBY

I, Sean J. Kirby, say and declare:

1. I am an attorney duly admitted before this Court and counsel for plaintiff Nextec Applications, Inc. in the above-captioned matter. I make the following statements of my own personal knowledge and would and could testify thereto if sworn as a witness at trial.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the deposition of Amber Brookman. [FILED UNDER SEAL]

3. Attached as Exhibit 2 is a true and correct copy of the Expert Report of Thomas Colasanto dated January 14, 2009.

4. Attached as Exhibit 3 is a true and correct copy of the Rebuttal Report of Thomas Colasanto dated February 25, 2009. [FILED UNDER SEAL]

5. Attached as Exhibit 4 is a true and correct copy of the Expert Report of Peter J. Hauser dated January 15, 2009.

6. Attached as Exhibit 5 is a true and correct copy of excerpts the Rebuttal Report of Peter Hauser dated February 25, 2009. [FILED UNDER SEAL]

7. Attached as Exhibit 6 is a true and correct copy of the Curriculum Vitae of Thomas Colasanto from the Expert Report of Thomas Colasanto dated January 14, 2009.

8. Attached as Exhibit 7 is a true and correct copy of the Curriculum Vitae of Peter J. Hauser from the Expert Report of Peter J. Hauser dated January 15, 2009.

9. Attached as Exhibit 8 is a true and correct copy of the Curriculum Vitae of Michael J. Platek from the Expert Report of Michael J. Platek dated January 14, 2009.

**10.** Attached as Exhibit 9 is a true and correct copy of excerpts from the Expert Report of Phillip A. Beutel dated January 16, 2009. [FILED UNDER SEAL]

**11.** Attached as Exhibit 10 is a true and correct copy of excerpts from the November 14, 2008 Deposition of Timothy Holland. [FILED UNDER SEAL]

**12.** Attached as Exhibit 11 is a true and correct copy of Plaintiff's Deposition Exhibit 224 showing the Coating Card for Brookwood's S-2530 formula. [FILED UNDER SEAL]

**13.** Attached as Exhibit 12 is a true and correct copy of Defendant's Deposition Exhibit 152. [FILED UNDER SEAL]

**14.** Attached as Exhibit 13 a true and correct copy of Defendant's Deposition Exhibit 153. [FILED UNDER SEAL]

**15.** Attached as Exhibit 14 is a true and correct copy of Defendant's Deposition Exhibit 154. [FILED UNDER SEAL]

**16.** Attached as Exhibit 15 is a true and correct copy of document Bates Labeled BR09673 showing the Coating Card for Brookwood accused fabric identified by Bates No. BR04950. [FILED UNDER SEAL]

**17.** Attached as Exhibit 16 a true and correct copy of Plaintiff Nextec Applications, Inc.'s First Set of Interrogatories.

**18.** Attached as Exhibit 17 a true and correct copy of Brookwood's Response to Plaintiff's First Set of Interrogatories dated May 7, 2008, with Exhibits.

**19.** Attached as Exhibit 18 a true and correct copy of Exhibit B to the Expert Report of Thomas Colasanto dated January 14, 2009.

**20.** Attached as Exhibit 19 a true and correct copy of Defendant's Deposition Exhibit 48. [FILED UNDER SEAL]

**21.** Attached as Exhibit 20 a true and correct copy of advertisements regarding Brookwood's "K Kote" and "Ken Reign" raincoats produced by Brookwood after the close of discovery.

**22.** Attached as Exhibit 21 a true and correct copy of a photo purporting to show a Brookwood employee operating the "K Kote" equipment produced by Brookwood after the close of discovery.

**23.** Attached as Exhibit 22 a true and correct copy of excerpts from a document entitled "Brookwood Companies Incorporated Management Review Meeting May 9, 2007." [FILED UNDER SEAL]

**24.** Attached as Exhibit 23 a true and correct copy of Defendant's Deposition Exhibit 83. [FILED UNDER SEAL]

**25.** Attached as Exhibit 24 a true and correct copy of excerpts from the April 3, 2009 deposition of Peter J. Hauser.

I declare under penalty of perjury under the federal law of the United States that the foregoing is true and correct. Executed on September 12, 2011, at New York, New York.

_____
Sean F. Kirby

4