UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

NEXTEC APPLICATIONS, INC.,

                Plaintiff,  :  07 Civ. 6901 (TPG)

          – against –  :  **ORDER**

BROOKWOOD COMPANIES, INC.

                Defendant.

------------------------------------------------x

    Plaintiff recently moved to amend the court's finding of non-infringement or, in the alternative, for a new trial. The court has examined the motion prior to determining whether defendant must respond. The court rules that the motion should be denied. There is no need for defendant to respond. This order resolves docket item number 388.

    SO ORDERED.

Dated:  New York, New York
           August 14, 2012

_____
Thomas P. Griesa
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/12