# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

12-1670, 12-1685

**NEXTEC APPLICATIONS, INC.,**

*Plaintiff - Appellant*

v.

**BROOKWOOD COMPANIES, INC.,**

*Defendant - Cross-Appellant*

Appeal from the United States District Court for the Southern District of New York in No. 07-CV-6901, Senior Judge Thomas P. Griesa.

## MANDATE

In accordance with the judgment of this Court, entered November 18, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court

cc: Edward V. Anderson
Blas P. Arroyo
Mary Katherine Bates
Clerk of Court, Southern District of New York (New York)
Adam Conrad
Karen Grohman
Ethan Horwitz
Daryl Joseffer
Stephen S. Korniczky
Michael Murphy
Nagendra Setty
Daniel Nicholas Yannuzzi

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 26, 2013